## United States Bankruptcy Court
### District of Utah

| In re | **Logistics Giving Resources, LLC** | | Case No. | **22-20143** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Summary of Assets and Liabilities for Non-Individuals, Schedules A/B, D, E/F, Statement of Financial Affairs and Verification of Mailing Matrix**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Parties listed on the attached Amended Verification of Mailing Matrix.**

Date:   **March  3, 2022**                    **/s/ Matthew M. Boley**
                                              **Matthew M. Boley**
                                              Attorney for Debtor(s)
                                              **Cohne Kinghorn, P.C.**
                                              **111 E. Broadway, 11th Floor**
                                              **Salt Lake City, UT 84111**
                                              **801-363-4300 Fax:801-363-4378**
                                              **mboley@cohnekinghorn.com**

**Fill in this information to identify the case:**

Debtor name    **Logistics Giving Resources, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **22-20143**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.....................................................................    $     0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................    $     14,886,831.64

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...................................................................    $     14,886,831.64

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     2,468,072.22

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $     933,215.36

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     1,954,403.79

4. **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b      $     5,355,691.37

**Fill in this information to identify the case:**

Debtor name    **Logistics Giving Resources, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **22-20143**

■ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Wells Fargo Bank** | **Checking** | **5645** | $166,898.41 |
| 3.2. | **Wells Fargo** | **Checking (ERC Account)** | **9497** | $17,203.67 |
| 3.3. | **Capital Credit (Factoring Company Account - depositing into Wells Fargo Checking Account ending 5645)** | **Clearing** | | $202.35 |
| 3.4. | **Bill.com (Merchant Account - depositing into Wells Fargo Checking Account ending 5645)** | **Clearing** | | $0.00 |
| 3.5. | **Wells Fargo (LG Drivers, LLC)** | **Checking** | **0632** | $29,395.50 |
| 3.6. | **Wells Fargo (LG Hires LLC)** | **Checking** | **7505** | $34,709.25 |

**4.    Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Logistics Giving Resources, LLC** | Case number *(If known)* **22-20143** |
|---|---|---|
| | Name | |

| 4.1. | **Undeposited Funds** | $9,409.35 |
|---|---|---|

| 4.2. | **Prepaid Expense for EMSI software - 12 month subscription, being releases over time.** | $1,206.48 |
|---|---|---|

| 4.3. | **Undeposited Funds - LG Hires, LLC** | $3,524.66 |
|---|---|---|

| 5. | **Total of Part 1.** | $262,549.67 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:**     **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Rent Deposit held by Gold Properties, LLC** | $4,072.00 |
|---|---|---|

| 7.2. | **Security Deposit held by Gold Properties, LLC - LG Hires, LLC** | $7,818.55 |
|---|---|---|

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | $11,890.55 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**     **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | 1,297,507.40 | - | 117,130.21 | = .... | $1,180,377.19 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 7,939.53 | - | 0.00 | = .... | $7,939.53 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 131,442.48 | - | 0.00 | = .... | $131,442.48 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number *(If known)* **22-20143** |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | | **$1,319,759.20** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:        Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:        Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:        Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:        Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**31 Desks ($7750); 31 Office Chairs ($5425)** | **$13,175.00** | | **$13,175.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**33 Computers ($16,500); 16 Desktop Scanners ($1,600); 8 Printers ($4,400); 5 Switches ($300); 3 Network Routers ($1,200); 5 WiFi Routers ($400)** | **$24,400.00** | | **$24,400.00** |
| | **2 Computers ($1,839.78); External Hard Drive ($114.37); 2 Laptopa ($656.44); Office phones ($472.34); Scanner ($408.97) (LG Drivers LLC)** | **$3,491.90** | | **$3,491.90** |
| | **12 Swipe Clocks ($1,973.26); 3 Time Clocks ($833.65)** | **$2,806.91** | | **$2,806.91** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **Logistics Giving Resources, LLC** | Case number *(If known)* | **22-20143** |
|---|---|---|---|
| | Name | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$43,873.81

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2018 Ford F-150 (88000 Miles)** | **$66,864.46** | | **$66,864.46** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  **2018 Wells Enclosed Cargo Trailer** | **$14,691.75** | | **$14,691.75** |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$81,556.21

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| Debtor | **Logistics Giving Resources, LLC** | | Case number *(If known)* **22-20143** | |
|---|---|---|---|---|
| | Name | | | |

| | Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|---|
| 55.1. | **Office Space located at 2250 S Redwood Road, Suite 1, West Valley City, UT 84119** | **Leased from Bentlyon Property Management** | **$0.00** | | **$0.00** |
| 55.2. | **Office Space located at 5300 Kansas Avenue, Kansas City, KS 66106** | **Leased from Gold Properties, LLC** | **$0.00** | | **$0.00** |
| 55.3. | **Office Space located at 1952 W. 5600 S., Suite 4, Roy, Utah 84067** | **Leased from Shi Investments LLC** | **$0.00** | | **$0.00** |
| 55.4. | **Office space located at 363 N. University Avenue, Suite 101, Provo, Utah 84601** | **Leased from Winterton Properties** | **$0.00** | | **$0.00** |
| 55.5. | **Office Space located at 3300 Hartzale Drive, Suite 114, Camp Hill, PA 17011** | **Leased from SYP Properties** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

|  |
|---|
| **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Logistics Giving Resources, LLC** | Case number *(If known)* | **22-20143** |
|---|---|---|---|
| | Name | | |

| | | | **Current value of debtor's interest** |
|---|---|---|---|

| 71. | **Notes receivable** Description (include name of obligor) **Intercompany Receivable Due to Debtor from LG Drivers** | 2,312,342.36 — Total face amount | 2,312,342.36 = doubtful or uncollectible amount | **$0.00** |
|---|---|---|---|

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
==Employee Retention Credits filed for by the Debtor and its subsidiaries for their own behalf, which are being processed by the Internal Revenue Service (2020 - Quarters 1-3 of 2021)==

Tax year            ==**$8,915,252.20**==

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Global Health Resources**                                        **$450,000.00**

| Nature of claim | **Potential Fraud** |
|---|---|
| Amount requested | **$450,000.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**6 TVs ($1,950)**                                                **$1,950.00**

**Inchoate, contingent, unliquidated, potential rights to payment under "Preferral Broker Agreements."  Any payment rights are subject to conditions precedent and subsequent, including but not limited to: (i) referred clients to the Debtor successfully completing and filing are required paperwork for processing Employee Retention Credits ("ERCs"); (ii) the Internal Revenue Service ("IRS") processing completed ERCs; (iii) the IRS issuing ERCs to the Debtor's clients; (iv) the IRS refraining from calling for a refund of ERCs; and (v) the continued existence of the ERC program.  Subject to the foregoing, the Debtor estimates possible contract rights of approximately $3,800,000 being paid in the next 5 to 90 days.**                                                **$3,800,000.00**

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.          | **$13,167,202.20** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No

Debtor    **Logistics Giving Resources, LLC**
     Name

Case number *(If known)*  **22-20143**

☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Logistics Giving Resources, LLC**                    Case number *(If known)* **22-20143**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $262,549.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,890.55 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,319,759.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $43,873.81 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $81,556.21 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,167,202.20 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,886,831.64 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,886,831.64 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Logistics Giving Resources, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **22-20143**

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   Blue Bridge Capital LLC**<br>Creditor's Name<br><br>**570 Eastern Parkway**<br>**Brooklyn, NY 11216**<br>Creditor's mailing address<br><br>**reconciliation@bluebridgef**<br>**unding.com**<br>Creditor's email address, if known<br><br>Date debt was incurred<br>**11-29-2021**<br>Last 4 digits of account number<br>**9845**<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Creditors at 2.1 through 2.11 / Blue Bridge appears to be 4th priority, but the Debtor cannot be certain.** | Describe debtor's property that is subject to a lien<br>**All assets**<br><br>Describe the lien<br>**UCC-1**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $169,888.41 | $1,319,759.20 |
| **2.2   Breakout Capital, LLC**<br>Creditor's Name<br>**1451 Dolley Blvd.**<br>**Suite 200**<br>**Mc Lean, VA 22101**<br>Creditor's mailing address<br><br>**support@breakoutfinance.**<br>**com**<br>Creditor's email address, if known<br><br>Date debt was incurred<br>**07/30/2021**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**All assets**<br><br>Describe the lien<br>**UCC-1**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $371,428.42 | $1,319,759.20 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

| Debtor | Logistics Giving Resources, LLC | Case number (if known) | 22-20143 |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Creditors at 2.1 through 2.11 / Breakout appears to be 1st priority, but the Debtor cannot be certain.**

☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.3 | **Breakout Capital, LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1451 Dolley Blvd.**
**Suite 200**
**Mc Lean, VA 22101**
Creditor's mailing address

**support@breakoutfinance.com**
Creditor's email address, if known

**Date debt was incurred**
**09/17/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Creditors at 2.1 through 2.11 / Breakout appears to be 1st priority, but the Debtor cannot be certain.**

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**UCC-1**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

$671,423.07        $1,319,759.20

---

| 2.4 | **Brickstone Group LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**60 N Broad Street Ste 5**
**Middletown, DE 19709**
Creditor's mailing address

**bruce@brickstonefund.com**
Creditor's email address, if known

**Date debt was incurred**
**01/10/2022**
**Last 4 digits of account number**
**4282**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Creditors at 2.1 through 2.11 / Brickstone appears to be 9th priority, but Debtor cannot be certain.**

Describe debtor's property that is subject to a lien
**All Assets**

Describe the lien
**UCC-1**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

$224,850.00        $1,319,759.20

---

| 2.5 | **Diverse Capital, LLC** | Describe debtor's property that is subject to a lien | $202,850.00 | $1,319,759.20 |
|---|---|---|---|---|

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Creditor's Name | **All Assets** | |
| **243 Tresser Boulevard 17th Floor Stamford, CT 06901** | | |
| Creditor's mailing address | Describe the lien | |
| | **UCC-1** | |
| | Is the creditor an insider or related party? | |
| **submit@diversecapitalll.com** | ☑ No | |
| Creditor's email address, if known | ☐ Yes | |
| | Is anyone else liable on this claim? | |
| **Date debt was incurred** | ☐ No | |
| **12-25-2021** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **7473** | As of the petition filing date, the claim is: | |
| Do multiple creditors have an interest in the same property? | Check all that apply | |
| ☐ No | ☑ Contingent | |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated | |
| | ☑ Disputed | |
| **Creditors at 2.1 through 2.11 / Diverse Capital appears to be 6th priority, but Debtor cannot be certain.** | | |

---

| 2.6 | **Everest Business Funding** | Describe debtor's property that is subject to a lien | $146,574.81 | $1,319,759.20 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |
| | **5 West 37th Street, Suite 1100 New York, NY 10018** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC-1** | | |
| | | Is the creditor an insider or related party? | | |
| | **isosupport@ev-bf.com** | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **11/10/2021** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: | | |
| | ☐ No | Check all that apply | | |
| | ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent | | |
| | | ☑ Unliquidated | | |
| | | ☑ Disputed | | |
| | **Creditors at 2.1 through 2.11 / Everest Business Funding appears to be 2nd priority, but Debtor cannot be certain.** | | | |

---

| 2.7 | **Everyday Funding Group LLC** | Describe debtor's property that is subject to a lien | $232,994.72 | $1,319,759.20 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |
| | **132 32nd Street Brooklyn, NY 11232** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC-1** | | |
| | | Is the creditor an insider or related party? | | |
| | **info@everydayfundinggrp.com** | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Date debt was incurred** | ☐ No |
| **11-29-2021** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent |
| | ☑ Unliquidated |
| **Creditors at 2.1 through 2.11 / Everyday Funding appears to be 3rd priority, but Debtor cannot be certain.** | ☑ Disputed |

---

| 2.8 | **Fundbox, Inc.** | Describe debtor's property that is subject to a lien | $48,629.54 | $1,319,759.20 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

| **6900 Dallas Parkway**<br>**Suite 700**<br>**Dallas, TX 75204** | |
|---|---|
| Creditor's mailing address | Describe the lien<br>**UCC-1** |
| | Is the creditor an insider or related party? |
| **support@fundbox.com** | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent |
| | ☑ Unliquidated |
| **Creditors at 2.1 through 2.11 / Priority Unknown** | ☑ Disputed |

---

| 2.9 | **Lifetime Funding LLC** | Describe debtor's property that is subject to a lien | $49,467.00 | $1,319,759.20 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

| **585 Stewart Ave Suite L90,**<br>**Garden City, NY 11530** | |
|---|---|
| Creditor's mailing address | Describe the lien<br>**UCC-1** |
| | Is the creditor an insider or related party? |
| **admin@lifetimefundingllc.com** | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| **11-01-2021** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent |
| | ☑ Unliquidated |
| **Creditors at 2.1 through 2.11 / Priority Unknown** | ☑ Disputed |

---

| 2.1 0 | **Pinhook Capital LLC** | Describe debtor's property that is subject to a lien | $216,976.25 | $1,319,759.20 |
|---|---|---|---|---|

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | **All Assets** |
|---|---|

**3411 Ave K**
**Brooklyn, NY 11210**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**pinhookcapitalllc@gmail.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/15/2021**
**Last 4 digits of account number**
**7155**

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Creditors at 2.1 through 2.11 / Pinhook appears to be 5th priority, but Debtor cannot be certain.**

---

| 2.1 1 | **ROC Funding Group** | Describe debtor's property that is subject to a lien | $132,990.00 | $1,319,759.20 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**1457 Richmond Rd**
**Staten Island, NY 10304**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**info@rocfundinggroup.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10-11-2021**
**Last 4 digits of account number**
**4152**

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Creditors at 2.1 through 2.11 / ROC Funding appears to be 8th priority, but Debtor cannot be certain.**

---

| 2.1 2 | **Wells Fargo Bank, N.A.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Small Business Financing** | | |

**PO Box 8203**
**Boise, ID 83707-2203**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**WFCardsBKY@WellsFargo.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 5 of 6 |
|---|---|---|

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**01/29/2014**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1446**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,468,072.22

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name __**Logistics Giving Resources, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF UTAH__

Case number (if known) __**22-20143**__

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**2one's LLC (Brett Fritz)**<br>**303 Elmhurst Dr.**<br>**Marvin, NC 28173** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,155.00 | $18,155.00 |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Aar'reanna Miller**<br>**3607 E Street St**<br>**Kansas City, MO 64130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,151.36 | $1,151.36 |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $281.60 | $281.60 |
|---|---|---|---|---|

**Aaron Pedersen**
**3710 N 62Nd Street**
**Kansas City, KS 66104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.00 | $320.00 |
|---|---|---|---|---|

**Abshir Adan**
**4482 S Heather Glen Crt**
**Taylorsville, UT 84129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,761.42 | $1,761.42 |
|---|---|---|---|---|

**Adaena Herrera**
**343 E. Pages LN.**
**Centerville, UT 84014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,672.28 | $2,672.28 |
|---|---|---|---|---|

**Adam Blades**
**469 E 800 N Apt. C4**
**Ogden, UT 84404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,052.09** | **$2,052.09** |
|---|---|---|---|---|

**Adam Schnitzer**
**157 Tapeworm Rd**
**New Bloomfield, PA 17068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,014.59** | **$2,014.59** |
|---|---|---|---|---|

**Addison McCoy**
**181 N 980 E**
**Lindon, UT 84042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,411.33** | **$1,411.33** |
|---|---|---|---|---|

**Adrial Torres**
**668 E 2000 S**
**Clearfield, UT 84015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,073.14** | **$2,073.14** |
|---|---|---|---|---|

**Adrian Sanchez**
**435 S 100 E**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,525.77 | $1,525.77 |
|---|---|---|---|---|

| | | *Check all that apply.* |
|---|---|---|
| | **Adrian Yazzie** | ☐ Contingent |
| | **36 E Columbia Ave** | ☐ Unliquidated |
| | **Apt 276** | ☐ Disputed |
| | **Salt Lake City, UT 84107** | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,631.47 | $2,631.47 |
|---|---|---|---|---|

| | | *Check all that apply.* |
|---|---|---|
| | **Adriana Moreno** | ☐ Contingent |
| | **8905 Ann Ave** | ☐ Unliquidated |
| | **Kansas City, KS 66112** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Drivers LLC** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.00 | $187.00 |
|---|---|---|---|---|

| | | *Check all that apply.* |
|---|---|---|
| | **Ajack Ajack** | ☐ Contingent |
| | **4557 W Losee Dr** | ☐ Unliquidated |
| | **West Valley City, UT 84120** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,068.67 | $2,068.67 |
|---|---|---|---|---|

| | | *Check all that apply.* |
|---|---|---|
| | **Alan Henriquez** | ☐ Contingent |
| | **492 W 470 S** | ☐ Unliquidated |
| | **Provo, UT 84601** | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,600.00 | $5,600.00 |
|---|---|---|---|---|
| | **Alan Hittle Jr**<br>**1714 N 725 W**<br>**Clinton, UT 84015** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Drivers LLC** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,145.52 | $2,145.52 |
|---|---|---|---|---|
| | **Albert Lucero**<br>**4174 W 3800 S**<br>**West Valley, UT 84120** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.71 | $8.71 |
|---|---|---|---|---|
| | **Alberto Escalante**<br>**111 W 700 N**<br>**#401**<br>**Provo, UT 84601** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,503.50 | $1,503.50 |
|---|---|---|---|---|
| | **Alejandra Rivera-Navarro**<br>**331 W 1200 N**<br>**Orem, UT 84057** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.56 | $7.56 |
|---|---|---|---|---|

**Alejandro Alvarez**
**4454  W  Manhatten Dr**
**West Valley City, UT 84120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,134.91 | $2,134.91 |
|---|---|---|---|---|

**Alex Carn**
**470 S 200 W**
**Brigham City, UT 84302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $504.00 | $504.00 |
|---|---|---|---|---|

**Alex Heater**
**13877 Mary Loraine Cir**
**Herriman, UT 84096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,056.25 | $1,056.25 |
|---|---|---|---|---|

**Alexander Amador**
**3727 S Oberlin Rd**
**West Valley City, UT 84120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|--------|-------------------------------------|------------------------|--------------|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.50 | $263.50 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Alexander Miller**
**433 3rd Street**
**Harrisburg, PA 17113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.50 | $297.50 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Alexander Morales Maldonado**
**1199 S Slate Canyon Dr**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,255.00 | $1,255.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Alexander Moran**
**202 Bard Dr**
**Shippensburg, PA 17257**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $944.82 | $944.82 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Alexia Bartholomew**
**8661 S 3780  W**
**West Jordan, UT 84088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|

Name

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,855.13 | $1,855.13 |
|---|---|---|---|---|

**Alfonso Ferrer**
**1550 S 1000 E**
**Clearfield, UT 84015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,608.74 | $2,608.74 |
|---|---|---|---|---|

**Alfredo Hernandez Serrano**
**420 Street**
**Steelton, PA 17113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.50 | $212.50 |
|---|---|---|---|---|

**Alfredo Martinez**
**1644 Davis Dr**
**Layton, UT 84041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $610.51 | $610.51 |
|---|---|---|---|---|

**Alice Makihele**
**3375 W 3650 S**
**Apt 206**
**West Valley City, UT 84119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.35 | $70.35 |
|---|---|---|---|---|

**Allen Quast**
**4256 S 950 W Apt 4265**
**Riverdale, UT 84405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,304.11 | $2,304.11 |
|---|---|---|---|---|

**Alma Solorzano Erazo**
**5747 S. 3975 W.**
**Roy, UT 84067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,212.39 | $1,212.39 |
|---|---|---|---|---|

**Amanda Doughty-Alicea**
**2140 Queen Dr Apt B4**
**Harrisburg, PA 17110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $990.20 | $990.20 |
|---|---|---|---|---|

**Amanda Smith**
**3293 W 4795 S**
**Taylorsville, UT 84129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Amanee Abdel-Hakim**
**3350 Wyoming St**
**Kansas City, MO 64111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.10 | $344.10 |
|---|---|---|---|---|

**Amarilis Maneiro**
**1116 E 960 S**
**Apt 102**
**Provo, UT 84606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.12 | $605.12 |
|---|---|---|---|---|

**Amber Beckstrom**
**2836 West 7500 South**
**West Jordan, UT 84084**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $786.50 | $786.50 |
|---|---|---|---|---|

**Amy Gomez**
**541 E 22nd St. Apt. 2**
**Ogden, UT 84401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,691.84 | $1,691.84 |
|---|---|---|---|---|

**Ana Arteaga**
**478 W 500 N**
**Clearfield, UT 84015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,113.83 | $2,113.83 |
|---|---|---|---|---|

**Ana Avila**
**840 W 500 S**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.50 | $217.50 |
|---|---|---|---|---|

**Ana Garibay**
**1801 W Parkway Blvd**
**#4**
**West Valley, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,285.83 | $1,285.83 |
|---|---|---|---|---|

**Ana Lopez**
**1150 S Prospect St**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,665.16 | $2,665.16 |
| --- | --- | --- | --- | --- |

**Ana Noriega
371 W 1670 S
Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $811.36 | $811.36 |
| --- | --- | --- | --- | --- |

**Ana Valencia
681 S Orem Blvd
# I15
Orem, UT 84058**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.15 | $242.15 |
| --- | --- | --- | --- | --- |

**Andre Otero
25 E 1800 S
Clearfield, UT 84015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,101.38 | $1,101.38 |
| --- | --- | --- | --- | --- |

**Andrea Cruz
369 N 1000 W
Salt Lake City, UT 84116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,603.91 | $6,603.91 |
|---|---|---|---|---|

**Andrew Akin**
**973 West 275 South**
**Layton, UT 84041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Drivers LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |
|---|---|---|---|---|

**Andrew Curtis**
**2532 S Lake Park Cir Apt 1**
**Salt Lake City, UT 84119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,717.20 | $1,717.20 |
|---|---|---|---|---|

**Andrew Hopkins**
**125 N 18th St**
**Harrisburg, PA 17103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.76 | $177.76 |
|---|---|---|---|---|

**Andrew Solorzano**
**1192 N 3100 W**
**Provo, UT 84601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,172.78** | **$2,172.78** |
|---|---|---|---|---|
| | **Angel Cuevas**<br>**398 Kings Hwy Lot 22**<br>**Marysville, PA 17053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Hires LLC** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,284.80** | **$2,284.80** |
|---|---|---|---|---|
| | **Angel Luna**<br>**2633 N 140 W**<br>**Sunset, UT 84015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$500.73** | **$500.73** |
|---|---|---|---|---|
| | **Angel Perez Quintero**<br>**3547 S Shafer Lane**<br>**West Valley City, UT 84119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,664.48** | **$1,664.48** |
|---|---|---|---|---|
| | **Angela Hart**<br>**2401 S 69th St**<br>**Kansas City, KS 66106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $651.28 | $651.28 |
|---|---|---|---|---|
| | **Angela Keremen**<br>**4000 S Redwood Rd**<br>**Apt 1177T**<br>**Salt Lake City, UT 84123** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,669.44 | $1,669.44 |
|---|---|---|---|---|
| | **Angela Smith**<br>**786 N 625 W**<br>**Clearfield, UT 84015** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.75 | $113.75 |
|---|---|---|---|---|
| | **Angela Soto**<br>**1555 E 6600 S**<br>**Ogden, UT 84405** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.65 | $223.65 |
|---|---|---|---|---|
| | **Angelia Gomez**<br>**251 28th St apt 14**<br>**Ogden, UT 84401** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,840.82 | $1,840.82 |
| --- | --- | --- | --- | --- |

**Angelica Hernandez**
**3112 Adams Ave**
**Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,533.60 | $1,533.60 |
| --- | --- | --- | --- | --- |

**Angelica Hernandez**
**4532 W 5135 S**
**Kearns, UT 84118**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $516.32 | $516.32 |
| --- | --- | --- | --- | --- |

**Anna Brower**
**4270 Long Valley Dr**
**West Valley City, UT 84128**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $396.10 | $396.10 |
| --- | --- | --- | --- | --- |

**Anoe Diaz**
**4189 S 300 W Apt C205**
**Riverdale, UT 84405**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,896.85** | **$2,896.85** |
|---|---|---|---|---|
| | **Anthony Barquin**<br>**3184 S Jason Place**<br>**West Valley, UT 84119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$192.75** | **$192.75** |
|---|---|---|---|---|
| | **Anthony Esquibel**<br>**6135 S Karos Circle**<br>**Taylorsville, UT 84123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$136.00** | **$136.00** |
|---|---|---|---|---|
| | **Anthony Long Soldier**<br>**228 E 300 S Apt 12**<br>**Salt Lake City, UT 84111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$470.57** | **$470.57** |
|---|---|---|---|---|
| | **Anthony Peterson**<br>**478 N 50 E**<br>**Orem, UT 84058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address<br>**Anthony Ross**<br>**3181 S. 2040 W.**<br>**West Valley, UT 84119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$858.14** | **$858.14** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address<br>**Antoine Jones**<br>**2976 W Amherst Ave**<br>**West Valley, UT 84119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,844.48** | **$2,844.48** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address<br>**Anuar Rojo Mora**<br>**16 S 600 E #2**<br>**American Fork, UT 84003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$471.04** | **$471.04** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Drivers LLC** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address<br>**Ariana Mireles**<br>**2251 W 3570 S**<br>**West Valley, UT 84119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,057.28** | **$2,057.28** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,438.66** | **$1,438.66** |
|---|---|---|---|---|

**Armando Galvan**
**601 E Canyon View**
**Ogden, UT 84404**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,436.43** | **$2,436.43** |
|---|---|---|---|---|

**Armando Lopez**
**3353 S Celebration Dr**
**West Valley City, UT 84128**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,468.78** | **$2,468.78** |
|---|---|---|---|---|

**Artemio Morales**
**1199 S Slate Canyon**
**Provo, UT 84606**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,165.48** | **$2,165.48** |
|---|---|---|---|---|

**Arturo Mogollon**
**3484 W 2300 N APT.1**
**Clinton, UT 84015**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

| Debtor | Logistics Giving Resources, LLC | Case number (if known) | 22-20143 |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $621.34 | $621.34 |
|---|---|---|---|---|

**Ashlee Martinez**
**657 W 1025 N**
**Orem, UT 84057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,631.90 | $1,631.90 |
|---|---|---|---|---|

**Ashley Clark**
**20 W Main Street Box 695**
**New Bloomfield, PA 17068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.51 | $315.51 |
|---|---|---|---|---|

**Ashley Harris**
**1201 N 7th St**
**Kansas City, KS 66101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.50 | $127.50 |
|---|---|---|---|---|

**Ashley Trejo**
**1735 W 6020 S**
**Taylorsville, UT 84129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number *(if known)* | **22-20143** |
| | Name | | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $502.50 | $502.50 |
|---|---|---|---|---|

**Ashley Vickery**
**233 E. 1750 S. Apt. B**
**Clearfield, UT 84015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,488.36 | $1,488.36 |
|---|---|---|---|---|

**Aurelia Campos Loeza**
**3484s 4210**
**#8**
**West Valley, UT 84120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.60 | $270.60 |
|---|---|---|---|---|

**Aurora Perez**
**811 W 25th st**
**Ogden, UT 84401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $885.04 | $885.04 |
|---|---|---|---|---|

**Aushlay Dixon**
**3607 East 61St**
**Kansas City, MO 64130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,459.86 | $2,459.86 |
|---|---|---|---|---|

**Austin Sams**
**829 N 63rd st**
**Kansas City, KS 66102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $361.83 | $361.83 |
|---|---|---|---|---|

**Austin Wallis**
**8007 S. 2550 E.**
**South Weber, UT 84405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,743.29 | $2,743.29 |
|---|---|---|---|---|

**Axel Ramirez**
**4491 S Redwood Rd**
**Apt 3**
**Murray, UT 84123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.24 | $174.24 |
|---|---|---|---|---|

**Bahr Al Gburi**
**417 Paseo Blvd**
**Apt 417**
**Kansas City, MO 64106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.00 | $264.00 |
|---|---|---|---|---|
| | **Bailey Chase**<br>**2546 W 4600 S**<br>**Roy, UT 84067** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $890.50 | $890.50 |
|---|---|---|---|---|
| | **Baltazar Linares**<br>**245 N 400 E**<br>**Springville, UT 84663** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.00 | $288.00 |
|---|---|---|---|---|
| | **Barbara Pulido**<br>**30 N Orange Str Apt 219**<br>**Salt Lake City, UT 84116** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,036.14 | $1,036.14 |
|---|---|---|---|---|
| | **Bart Harris**<br>**1260 S Montgomery St**<br>**Salt Lake City, UT 84104** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

**2.91**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.61 | $5.61 |
|---|---|---|---|
| **Basha Hannah** | *Check all that apply.* | | |
| **173 W 4250 S** | ☐ Contingent | | |
| **Apt 304** | ☐ Unliquidated | | |
| **Salt Lake City, UT 84107** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

**2.92**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,939.85 | $1,939.85 |
|---|---|---|---|
| **Benjamin Nelson** | *Check all that apply.* | | |
| **31 W 1600 N APT 1** | ☐ Contingent | | |
| **Sunset, UT 84015** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

**2.93**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,382.92 | $1,382.92 |
|---|---|---|---|
| **Benjamin Smith** | *Check all that apply.* | | |
| **3153 Copper Cove Cir** | ☐ Contingent | | |
| **Magna, UT 84044** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

**2.94**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,180.66 | $2,180.66 |
|---|---|---|---|
| **Bernard Flowers** | *Check all that apply.* | | |
| **3250 W 300 N** | ☐ Contingent | | |
| **West point, UT 84015** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,666.00** | **$1,666.00** |
| | **Bernard Hall** | *Check all that apply.* | | | |
| | **2643 W 1540 N** | ☐ Contingent | | | |
| | **Lehi, UT 84043** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | **1/-/2022** | **Wages** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$344.00** | **$344.00** |
| | **Bernerdo Baijo** | *Check all that apply.* | | | |
| | **3470 S 300 E Apt 5** | ☐ Contingent | | | |
| | **Salt Lake City, UT 84115** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | **1/-/2022** | **Wages** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,359.54** | **$1,359.54** |
| | **Billy Taylor** | *Check all that apply.* | | | |
| | **75 E 200 N Apt 206** | ☐ Contingent | | | |
| | **Provo, UT 84606** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | **1/-/2022** | **Wages** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$599.38** | **$599.38** |
| | **Blake Pesigan** | *Check all that apply.* | | | |
| | **953 W 675 N** | ☐ Contingent | | | |
| | **Orem, UT 84057** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | **1/-/2022** | **Wages** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,282.83 | $2,282.83 |
|---|---|---|---|---|

**Blanca Bolivar**
**3257 W 1690 N**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,303.58 | $1,303.58 |
|---|---|---|---|---|

**Blanca Guamangallo**
**545 N Main St**
**Orem, UT 84057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,196.87 | $2,196.87 |
|---|---|---|---|---|

**Braden Lee**
**6423 W Wyatt Ct**
**West Valley City, UT 84128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.70 | $341.70 |
|---|---|---|---|---|

**Brandon Camposano**
**977 N 250W**
**Sunset, UT 84015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,471.28 | $2,471.28 |
|---|---|---|---|---|

**Brayan Cerero**
**865 N 350 E**
**Orem, UT 84057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,726.98 | $1,726.98 |
|---|---|---|---|---|

**Braydin McCombs**
**4428 W 800 N**
**West Point, UT 84015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $782.00 | $782.00 |
|---|---|---|---|---|

**Brenda Aquino**
**85 S 1000 E**
**Orem, UT 84097**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,077.77 | $2,077.77 |
|---|---|---|---|---|

**Brendan Hyde**
**1390 W 650 S**
**Layton, UT 84041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Drivers LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Brett Woodland**
**3349 S Merry Lane**
**West Valley City, UT 84120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,947.10 | $1,947.10 |
|---|---|---|---|---|

**Brian Freytag**
**51 W Center**
**#309**
**Orem, UT 84057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,640.09 | $2,640.09 |
|---|---|---|---|---|

**Brian Soders**
**528 Bosler Ave 2**
**Lemoyne, PA 17043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $957.31 | $957.31 |
|---|---|---|---|---|

**Brian Womack**
**376 N 300 W Apt 4**
**Salt Lake City, UT 84103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,050.00** | **$1,050.00** |
|---|---|---|---|---|
| | **Brianna Bearnson**<br>**2672 W 2025 N**<br>**Clinton, UT 84015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Drivers LLC** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$113.70** | **$113.70** |
|---|---|---|---|---|
| | **Brianna Smith**<br>**914 Paris Ln 504**<br>**Salt Lake City, UT 84124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,244.08** | **$2,244.08** |
|---|---|---|---|---|
| | **Brigida Morales-Rios**<br>**1149 Sierra Vista Apt 204**<br>**West Valley City, UT 84119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,312.50** | **$1,312.50** |
|---|---|---|---|---|
| | **Brody Chapman**<br>**429 W 425 S**<br>**Layton, UT 84041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Drivers LLC** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,316.76 | $1,316.76 |
|---|---|---|---|---|
| | **Brody Johnson**<br>**5865 S 3100 W**<br>**Roy, UT 84067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,545.87 | $1,545.87 |
|---|---|---|---|---|
| | **Brooklynn Anderson**<br>**2268 W 5600 S Apt. A**<br>**Roy, UT 84067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,599.28 | $1,599.28 |
|---|---|---|---|---|
| | **Brooks Watson**<br>**1881 E 2100 S**<br>**Salt Lake City, UT 84106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Drivers LLC** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,991.17 | $1,991.17 |
|---|---|---|---|---|
| | **Bryan Bahena**<br>**13502 S Hamilton View**<br>**Riverton, UT 84065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.75 | $134.75 |
|---|---|---|---|---|
| | **Bryson Rushton** | Check all that apply. | | |
| | **2597 W 2675 N** | ☐ Contingent | | |
| | **Farrwest, UT 84404** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,882.13 | $1,882.13 |
|---|---|---|---|---|
| | **Bucky Burnett** | Check all that apply. | | |
| | **1558 N 300 W** | ☐ Contingent | | |
| | **Provo, UT 84604** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,714.05 | $2,714.05 |
|---|---|---|---|---|
| | **Caleb Thomas** | Check all that apply. | | |
| | **527 22nd St** | ☐ Contingent | | |
| | **Ogden, UT 84401** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,635.76 | $1,635.76 |
|---|---|---|---|---|
| | **Cameron Lee** | Check all that apply. | | |
| | **6423 Wyatt Court** | ☐ Contingent | | |
| | **West Valley, UT 84128** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.78 | $130.78 |
| --- | --- | --- | --- | --- |

**Carl Searle**
**3305 W 1800 S**
**Vernal, UT 84078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $370.50 | $370.50 |
| --- | --- | --- | --- | --- |

**Carlos Cruz-Ortiz**
**334 N 1020 E**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,178.38 | $2,178.38 |
| --- | --- | --- | --- | --- |

**Carlos Ramirez**
**200 N Harrisville Rd**
**Apt.46**
**Ogden, UT 84404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,129.89 | $1,129.89 |
| --- | --- | --- | --- | --- |

**Carmen Cordero**
**2140 Queens Dr. Apt B4**
**Harrisburg, PA 17110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
| --- | --- | --- | --- |
| | Name | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$204.45** | **$204.45** |
| | **Carson Sweat** | *Check all that apply.* | | |
| | **4621 Cold Canyon Lane** | ☐ Contingent | | |
| | **South Jordan, UT 84095** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$122.04** | **$122.04** |
| | **Casey Golding** | *Check all that apply.* | | |
| | **3164 W Mark Avenue** | ☐ Contingent | | |
| | **West Valley, UT 84119** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$183.75** | **$183.75** |
| | **Cassandra Garrett** | *Check all that apply.* | | |
| | **41 Tip Top Circle** | ☐ Contingent | | |
| | **Carlisle, PA 17015** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$601.80** | **$601.80** |
| | **Celeste Hammond** | *Check all that apply.* | | |
| | **8246 N Cedar Springs Rd. Bldg. S4** | ☐ Contingent | | |
| | **Eagle Mountain, UT 84005** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.45 | $87.45 |
|---|---|---|---|---|

**Celeste Pettit**
**1346 East Carrie DR**
**Fruit Heights, UT 84037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,648.35 | $1,648.35 |
|---|---|---|---|---|

**Celia Debray Martinez**
**3648 S. Deann Dr.**
**West Valley, UT 84128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,928.96 | $1,928.96 |
|---|---|---|---|---|

**Ceneca Young**
**2916 East 69th St**
**Missouri, KS 64132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.00 | $256.00 |
|---|---|---|---|---|

**Cesar Gonzalez Rojas**
**4640 S 3860 W**
**Apt G**
**West Valley City, UT 84120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,131.38 | $1,131.38 |
|---|---|---|---|---|
| | **Chad Ginter**<br>**594 N 680 W**<br>**Tooele, UT 84074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $518.10 | $518.10 |
|---|---|---|---|---|
| | **Chad Hartley**<br>**2190 W 5025 S**<br>**Roy, UT 84067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,429.17 | $1,429.17 |
|---|---|---|---|---|
| | **Charles Ambeau**<br>**1143 W. 300 N.**<br>**Clearfield, UT 84015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,341.65 | $2,341.65 |
|---|---|---|---|---|
| | **Charles Andrade**<br>**965 South Hwy 1**<br>**Fillmore, UT 84631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,562.60 | $1,562.60 |
|---|---|---|---|---|

**Charles Banks**
**1602 N 7th Street**
**Kansas City, KS 66101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.50 | $195.50 |
|---|---|---|---|---|

**Chelsey Lopez**
**4818 S 3960 W**
**Taylorsville, UT 84129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.10 | $282.10 |
|---|---|---|---|---|

**Cherie Zielke**
**6372 Brush Fork Dr**
**West Jordan, UT 84081**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,334.99 | $1,334.99 |
|---|---|---|---|---|

**Cheyanna Sloan**
**5853 Exeter Drive**
**Morgan, UT 84050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
| --- | --- | --- | --- |
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,111.52 | $2,111.52 |
| --- | --- | --- | --- | --- |
| | **Christian Baraka** | Check all that apply. | | |
| | **1435 W 800 S** | ☐ Contingent | | |
| | **Orem, UT 84058** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,184.51 | $1,184.51 |
| --- | --- | --- | --- | --- |
| | **Christmas LeVering** | Check all that apply. | | |
| | **1135 N 800 W** | ☐ Contingent | | |
| | **Orem, UT 84057** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,253.38 | $2,253.38 |
| --- | --- | --- | --- | --- |
| | **Christopher Coronado** | Check all that apply. | | |
| | **1450 N Washington Blvd** | ☐ Contingent | | |
| | **Trl 1** | ☐ Unliquidated | | |
| | **Ogden, UT 84404** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,531.12 | $2,531.12 |
| --- | --- | --- | --- | --- |
| | **Christopher Dickerson** | Check all that apply. | | |
| | **1250 W 450 N APT 54** | ☐ Contingent | | |
| | **Clearfield, UT 84015** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $542.24 | $542.24 |
|---|---|---|---|---|

**Christopher Lewis**
**6500 Kansas Ave Lot 69**
**Kansas City, KS 66111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,375.22 | $2,375.22 |
|---|---|---|---|---|

**Christopher Newhart**
**11880 Skia Deer Way 7-203**
**Herriman, UT 84096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,562.27 | $1,562.27 |
|---|---|---|---|---|

**Christopher Robbins**
**1533 W 1740 N**
**Clinton, UT 84015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $656.25 | $656.25 |
|---|---|---|---|---|

**Christopher Rojas**
**750 S 650 W apt 347**
**Provo, UT 84601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,299.03 | $1,299.03 |
|---|---|---|---|---|

**Christopher Tatum**
**4310 S 2675 W**
**Roy, UT 84067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,697.07 | $1,697.07 |
|---|---|---|---|---|

**Christopher Waller**
**3950 S 5950 W**
**Roy, UT 84067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,042.43 | $2,042.43 |
|---|---|---|---|---|

**Chukar Bailey**
**4874 Washington Ave**
**Kansas City, KS 66102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.25 | $476.25 |
|---|---|---|---|---|

**Clark Groesbeck**
**356 E 1165 N**
**Orem, UT 84057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|--------|-------------------------------------|------------------------|--------------|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,104.58 | $3,104.58 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **Codee Peterson** | *Check all that apply.* | | |
| | **2088 E 1400 S** | ☐ Contingent | | |
| | **Spanish Fork, UT 84660** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,700.24 | $1,700.24 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **Cody Vest** | *Check all that apply.* | | |
| | **233 N 650 E** | ☐ Contingent | | |
| | **North Ogden, UT 84414** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,395.49 | $1,395.49 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **Collins Oruma** | *Check all that apply.* | | |
| | **6506 S Gold Medal Dr** | ☐ Contingent | | |
| | **Taylorsville, UT 84129** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
| | **Collyn Monson** | *Check all that apply.* | | |
| | **1016 Country Hills Dr** | ☐ Contingent | | |
| | **Ogden, UT 84403** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
| --- | --- | --- | --- |
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,963.08 | $1,963.08 |
| --- | --- | --- | --- | --- |
| | **Concepcion Leyva** | *Check all that apply.* | | |
| | **404 S 1850 W** | ☐ Contingent | | |
| | **Provo, UT 84601** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,848.75 | $1,848.75 |
| --- | --- | --- | --- | --- |
| | **Connie Valdez** | *Check all that apply.* | | |
| | **365 N 1170 W** | ☐ Contingent | | |
| | **Provo, UT 84601** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,937.20 | $1,937.20 |
| --- | --- | --- | --- | --- |
| | **Corayma Rosales** | *Check all that apply.* | | |
| | **111 E 600 N** | ☐ Contingent | | |
| | **Orem, UT 84057** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.48 | $252.48 |
| --- | --- | --- | --- | --- |
| | **Cory Bradshaw** | *Check all that apply.* | | |
| | **3718 Rose Street** | ☐ Contingent | | |
| | **Leavenworth, KS 66048** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,682.28 | $2,682.28 |
|---|---|---|---|---|

**Coty Bishop**
**47 Rice LN**
**Millerstown, PA 17062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,545.00 | $1,545.00 |
|---|---|---|---|---|

**Cynthia Corkell**
**21723 N 67th Dr**
**Glendale, AZ 85308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,350.72 | $1,350.72 |
|---|---|---|---|---|

**Dagoberto Mendoza**
**701 S Stubbs Ave ##701**
**Provo, UT 84601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,066.03 | $3,066.03 |
|---|---|---|---|---|

**Dai Faatau**
**714 Rockwood Way**
**Apt 107**
**West Valley, UT 84119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Drivers LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

**2.167** | Priority creditor's name and mailing address
**Dakota Davis**
**2901 Glenwood Rd**
**Camp Hill, PA 17011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$869.17    $869.17

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.168** | Priority creditor's name and mailing address
**Dalia Terrazas**
**160 E 300 N**
**Springville, UT 84663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,141.30    $1,141.30

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Drivers LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.169** | Priority creditor's name and mailing address
**Dallas Allen**
**1095 S 500 W Trlr 28**
**Provo, UT 84601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$988.00    $988.00

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.170** | Priority creditor's name and mailing address
**Dallas Gittins**
**5019 W 6515 S**
**West Jordan, UT 84081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$274.04    $274.04

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.75 | $239.75 |
|---|---|---|---|---|

**Damen Albee**
**4191 S 2725 W**
**Roy, UT 84067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,085.57 | $2,085.57 |
|---|---|---|---|---|

**Daniel Arcos**
**355 W 920 N Apt 313**
**Orem, UT 84057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $783.76 | $783.76 |
|---|---|---|---|---|

**Daniel Smalley**
**576 E 1200 S**
**Kaysville, UT 84037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $621.70 | $621.70 |
|---|---|---|---|---|

**Daniel Tefertiller**
**980 Taylor Ave**
**Ogden, UT 84404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.00 | $4,500.00 |
|---|---|---|---|---|

**Darren Struchen**
**4915 W 5000 S**
**Hooper, UT 84315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Drivers LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,103.11 | $1,103.11 |
|---|---|---|---|---|

**Davaniel Smith**
**176 N Redwood Rd Apt 13**
**Salt Lake City, UT 84116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,147.04 | $2,147.04 |
|---|---|---|---|---|

**David Demosthenes**
**752 E 300 S #752**
**Payson, UT 84651**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,109.55 | $3,109.55 |
|---|---|---|---|---|

**David Everhart**
**129 Walnut St**
**#2**
**Carlisle, PA 17013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|--------|-------------------------------------|------------------------|--------------|
| | Name | | |

---

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,370.01 | $1,370.01 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**David Finau**
**293 W Winter Wheat Way**
**Saratoga Springs, UT 84045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,260.00 | $3,260.00 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**David Hawk**
**3100 NE 162nd Lane**
**Citra, FL 32113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.25 | $161.25 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**David Horton**
**1501 West Shelly Ave Apt 1501**
**West Valley, UT 80488**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,912.44 | $2,912.44 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**David Houston**
**3219 Cleveland Ave**
**Kansas City, KS 66104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**David Ruiz**
**546 N Indiana Street**
**Elmhurst, IL 60126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.00 | $510.00 |
|---|---|---|---|---|

**David Samayoa**
**1212 S Navajo St**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,273.36 | $1,273.36 |
|---|---|---|---|---|

**DeAndre Smith**
**1119 E 28th Apt 2w**
**Kansas City, MO 64129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.70 | $146.70 |
|---|---|---|---|---|

**Deisy Martinez**
**7614 W Mount Elinor**
**Magna, UT 84044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,056.38 | $1,056.38 |
|---|---|---|---|---|

**Delfina Baca**
**666 E Center St Apt 4**
**Provo, UT 84606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,323.90 | $2,323.90 |
|---|---|---|---|---|

**Dely Gaby Garcia**
**1450 N Washington Blvd #1**
**Ogden, UT 84404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.00 | $280.00 |
|---|---|---|---|---|

**Demetrice Donell**
**3172 N 61ST**
**Kansas City, KS 66104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.15 | $72.15 |
|---|---|---|---|---|

**Demi Reyes**
**1060 E 450 N Apt 343**
**Provo, UT 84606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.44 | $50.44 |
|---|---|---|---|---|

**Denise Chadwick**
**751 W 450 N**
**Orem, UT 84057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,415.25 | $1,415.25 |
|---|---|---|---|---|

**Denzel Swinton**
**3380 S 1000 W**
**South Salt Lake, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,692.28 | $4,692.28 |
|---|---|---|---|---|

**Derren Herbert**
**1123 East 1350 North**
**American Fork, UT 84003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Drivers LLC**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $610.51 | $610.51 |
|---|---|---|---|---|

**DeShawn Snell**
**3375 W 3650 S Apt 206**
**West Valley City, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

**2.195** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.58 | $350.58

**Desirae Flores**
**170 E Le Banke Ave**
**170**
**South Salt Lake, UT 84115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number                Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.196** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.73 | $269.73

**Devilas Louis**
**11168 S Tothill Way**
**South Jordan, UT 84095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number                Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.197** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,605.42 | $1,605.42

**Devon Maynard**
**12MWSmithhomes, ComeronStreet**
**APT 12**
**Harrisburg, PA 17103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number                Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.198** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,867.77 | $1,867.77

**Diego Ibarra**
**729 W 700 N**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number                Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number *(if known)* | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.05 | $85.05 |
|---|---|---|---|---|

**Dinson Leopold**
**1590 Secret Garden Place**
**150H**
**Salt Lake City, UT 84012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.85 | $29.85 |
|---|---|---|---|---|

**Dominga Anguiano**
**1228 N. Buccaner Dr.**
**Salt Lake City, UT 84116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.45 | $490.45 |
|---|---|---|---|---|

**Dominik Philip**
**4118 W 6515 S**
**West Jordan, UT 84129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.40 | $230.40 |
|---|---|---|---|---|

**Donald Oswill**
**2358 S 3300 W**
**Syracuse, UT 84075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,516.00 | $3,516.00 |
|---|---|---|---|---|

**Donald Sorensen**
**14922  S Tumble Rock Way**
**Herriman, UT 84096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.25 | $56.25 |
|---|---|---|---|---|

**Donique Coty**
**1513 Georgia Avenue**
**Kansas City, KS 66104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $972.00 | $972.00 |
|---|---|---|---|---|

**Donnell Amrine**
**5038 N Marble Fox Way**
**Lehi, UT 84043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,779.40 | $1,779.40 |
|---|---|---|---|---|

**Dustin Billins**
**4542 S. 3600 W.**
**West Haven, UT 84401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,477.11 | $2,477.11 |
|---|---|---|---|---|

**Dustin Mattson**
**7396 S 5810 W**
**West Jordan, UT 84081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $592.20 | $592.20 |
|---|---|---|---|---|

**Edda Davila**
**57 N 900 W Apt 323**
**American Fork, UT 84003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,538.01 | $1,538.01 |
|---|---|---|---|---|

**Edgar Roman**
**319 North 680 East**
**Neola, UT 84053**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.50 | $31.50 |
|---|---|---|---|---|

**Edith Duarte**
**1742 Hidden Meadows Dr**
**Apt #9H**
**Holladay, UT 84117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,461.80 | $1,461.80 |
|---|---|---|---|---|

**Eduardo Esparza**
**541 S 200 W**
**Orem, UT 84057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $893.07 | $893.07 |
|---|---|---|---|---|

**Eduardo Lopez**
**1028 S 680 W**
**Provo, UT 84601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.32 | $40.32 |
|---|---|---|---|---|

**Edward Lara**
**3728 S Queenspointe Ln**
**West Valley, UT 84119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,865.66 | $1,865.66 |
|---|---|---|---|---|

**Edward Larsen**
**2859 W 5775 S**
**Roy, UT 84067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number *(if known)* | **22-20143** |
|--------|-------------------------------------|--------------------------|--------------|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $486.00 | $486.00 |
|-------|----------------------------------------------|--------------------------|---------|---------|

**Edward Sepulveda**
**6084 S 2125 E**
**South Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,584.01 | $1,584.01 |
|-------|----------------------------------------------|--------------------------|-----------|-----------|

**Efren Morales**
**2265 S 200 E**
**21**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $242.40 | $242.40 |
|-------|----------------------------------------------|--------------------------|---------|---------|

**Elen Llanos**
**38 W Russet Ave**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,281.87 | $2,281.87 |
|-------|----------------------------------------------|--------------------------|-----------|-----------|

**Elias Fernandez**
**1008 N 19th st**
**Harrisburg, PA 17103**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Logistics Giving Resources, LLC** | Case number *(if known)* | **22-20143** |
|---|---|---|---|
| | Name | | |

---

**2.219** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $604.56 | $604.56

**Elijah Flowers**
**3250 W 300 N**
**West point, UT 84015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.220** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $657.64 | $657.64

**Eliseo Fausto**
**680 E 700 N**
**Spanish Fork, UT 84660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.221** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,072.95 | $1,072.95

**Elizabeth Cruz**
**668 S 950 W Apt 668**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.222** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,310.52 | $1,310.52

**Emas Hama**
**4257 S Brickoven Way #103**
**Murray, UT 84107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $280.00 | $280.00 |
|---|---|---|---|---|
| | **Ember Kulick**<br>**166 E Legacy Parkway**<br>**Saratoga Springs, UT 84045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,384.24 | $2,384.24 |
|---|---|---|---|---|
| | **Emilio Kanosh**<br>**1747 S 900 W**<br>**Salt Lake City, UT 84104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,080.00 | $1,080.00 |
|---|---|---|---|---|
| | **Emilio Meza**<br>**2248 Madison Ave. Apt. 30**<br>**Ogden, UT 84401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,041.85 | $1,041.85 |
|---|---|---|---|---|
| | **Emily Richardson**<br>**1254 Cinnamon Ridge Way**<br>**Provo, UT 84606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,413.52 | $1,413.52 |
|---|---|---|---|---|

**Emily Vincent**
**227 N 600 W**
**Salt Lake City, UT 84116**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $412.50 | $412.50 |
|---|---|---|---|---|

**Emma Chambers**
**258 W 650 S**
**Bountiful, UT 84010**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,978.02 | $1,978.02 |
|---|---|---|---|---|

**Enrique Nieves**
**6827 W Bonnie Arlene Dr**
**West Valley City, UT 84128**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.75 | $276.75 |
|---|---|---|---|---|

**Eric Ellibee**
**3004 S 2000 E**
**Millcreek, UT 84109**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,133.07 | $2,133.07 |
|---|---|---|---|---|

**Erica Ferrer**
**1095 South Concord St.**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Drivers LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.66 | $305.66 |
|---|---|---|---|---|

**Ericka Vigil**
**525 Park Blvd**
**Apt 90**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,355.35 | $1,355.35 |
|---|---|---|---|---|

**Erik Buddle**
**162 N 900 E**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.00 | $261.00 |
|---|---|---|---|---|

**Erik Lopez**
**1445 S 300 W Unit C101**
**Salt Lake, UT 84115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|--------|--------------------------------------|--|------------------------|--------------|
| | Name | | | |

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.00 | $384.00 |
|-------|----------------------------------------------|------------------------------------------------|---------|---------|

**Erik Nunez**
**2698 S Novice Circle**
**West Valley City, UT 84128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,932.28 | $2,932.28 |
|-------|----------------------------------------------|------------------------------------------------|-----------|-----------|

**Erik Werner**
**101 Willow Grove Rd**
**Carlisle, PA 17013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.18 | $411.18 |
|-------|----------------------------------------------|------------------------------------------------|---------|---------|

**Erika Soriano**
**5140 S. 2100 W.**
**Roy, UT 84067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $973.05 | $973.05 |
|-------|----------------------------------------------|------------------------------------------------|---------|---------|

**Erin Read**
**3757 Grant Ave**
**Apt #A4**
**South Ogden, UT 84405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.05 | $37.05 |
|---|---|---|---|---|

**Ethan Harding**
**653 Stonebrook Lane**
**Santaquin, UT 84655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $417.18 | $417.18 |
|---|---|---|---|---|

**Ezekiel Boney**
**360 32nd St.**
**Ogden, UT 84401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,605.52 | $1,605.52 |
|---|---|---|---|---|

**Faith Moreno**
**332 S 400 E**
**Springville, UT 84663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,584.38 | $1,584.38 |
|---|---|---|---|---|

**Fatima Hayes**
**6133 Kentucky Ave**
**Raytown, MO 64133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,750.00 | $11,750.00 |
|---|---|---|---|---|

**FCA Services (Veronica Zelkina)**
**2201 Ridge Way**
**Fort Lee, NJ 07024**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.63 | $275.63 |
|---|---|---|---|---|

**Felix Babington**
**3860 Midland Dr**
**Trl A27**
**Roy, UT 84067**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,464.42 | $1,464.42 |
|---|---|---|---|---|

**Ferdonna Jackson**
**131 E 700 S**
**Salt Lake City, UT 84111**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.25 | $12.25 |
|---|---|---|---|---|

**Fernandez Vaiula**
**5468 S 2000 W Apt 8**
**Roy, UT 84067**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,013.01 | $1,013.01 |
|---|---|---|---|---|

**Fernando Hernandez**
**235 W 400 N**
**Springville, UT 84663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,073.47 | $2,073.47 |
|---|---|---|---|---|

**Fior Tejada Sanchez**
**435 S 100 E Apt 349**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.68 | $81.68 |
|---|---|---|---|---|

**Floyd Mejia**
**1379 W. 900 S.**
**B1**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.28 | $113.28 |
|---|---|---|---|---|

**Francis Carnemolla**
**9314 Peach Blossom Dr**
**Sandy, UT 84094**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,826.67 | $1,826.67 |
|---|---|---|---|---|

**Frank Ceja**
**336 N 650 E**
**Orem, UT 84097**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,885.77 | $1,885.77 |
|---|---|---|---|---|

**Frank Ybarra**
**2134 Robins Ave.**
**Ogden, UT 84401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $386.25 | $386.25 |
|---|---|---|---|---|

**Frankie Santillan**
**5581 W Plandaway**
**West Valley, UT 84118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.33 | $552.33 |
|---|---|---|---|---|

**Gabriela Moris**
**2602 Lexington Street**
**Harrisburg, PA 17110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,198.76 | $1,198.76 |
|---|---|---|---|---|

**Garry Coblentz**
**3510 Lancer Way F108**
**West Valley City, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Gary Rideout**
**297 7th St**
**Acton, ME 04001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,368.17 | $2,368.17 |
|---|---|---|---|---|

**Gavin Hill**
**574 S 1200 E**
**Payson, UT 84651**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,301.71 | $2,301.71 |
|---|---|---|---|---|

**George Felts**
**1353 Howard St**
**Harrisburg, PA 17104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.44 | $262.44 |
|---|---|---|---|---|

**George Moss**
**222 W Harrison St Apt 139**
**Sandy, UT 84070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $662.76 | $662.76 |
|---|---|---|---|---|

**George Renty**
**449 27th St.**
**Apt #615**
**Ogden, UT 84401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.89 | $430.89 |
|---|---|---|---|---|

**Gerardo Soto-Ortiz**
**33 E 1450 N**
**Orem, UT 84057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $742.20 | $742.20 |
|---|---|---|---|---|

**Gershom Lomu**
**4193 W 3100 S**
**West Valley City, UT 84120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Gilbert Havyarimana**
**8095 South Seghini Dr Apt C301**
**Midvale, UT 84047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.50 | $130.50 |
|---|---|---|---|---|

**Gilberto Ramirez**
**4374 S 3680 W**
**West Valley City, UT 84120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,729.76 | $2,729.76 |
|---|---|---|---|---|

**Giovanni Ferranti**
**3910 S Main Street Apt 1203**
**Murray, UT 84107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $747.39 | $747.39 |
|---|---|---|---|---|

**Girato Philip**
**4118 W 6515 S**
**Taylorsville, UT 84129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,332.51 | $1,332.51 |
|---|---|---|---|---|

**Glen Jensen**
**1005 Horsley Circle**
**Bountiful, UT 84010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,627.22 | $1,627.22 |
|---|---|---|---|---|

**Gregg Platt**
**915 Washington Blvd Apt 716**
**Kansas City, KS 66104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,322.95 | $5,322.95 |
|---|---|---|---|---|

**Gregory Stainbrook**
**4235 S. Lynne Lane**
**Salt Lake City, UT 84124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Drivers LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,320.50 | $2,320.50 |
|---|---|---|---|---|

**Guadalupe Guerrero**
**255 N 1600 W**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,392.28 | $3,392.28 |
|---|---|---|---|---|

**Guadalupe Morales**
**43 So 200 E**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Drivers LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,369.28 | $1,369.28 |
|---|---|---|---|---|

**Guillermo Arcila**
**2124 W 2180 N**
**Lehi, UT 84043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.24 | $510.24 |
|---|---|---|---|---|

**Hakeem Bailey**
**10613 56th Terrace**
**Raytown, MO 64133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,375.00 | $3,375.00 |
|---|---|---|---|---|

**Haley Johnson**
**191 Maplewood Ave**
**Bogota, NJ 07603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $841.07 | $841.07 |
|---|---|---|---|---|

**Hannah Berumen**
**2694 E Teal Way**
**Sandy, UT 84093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.50 | $52.50 |
|---|---|---|---|---|

**Hannah Bull Calf**
**514 E Paris Ln Apt 504**
**Salt Lake City, UT 84124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $775.78 | $775.78 |
|---|---|---|---|---|

**Harold Medina**
**334 W 200 N Apt 106**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.25 | $54.25 |
|---|---|---|---|---|

**Haroldo Reyes**
**1795 S Main St  Apt B**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $383.40 | $383.40 |
|---|---|---|---|---|

**Hayley Belk**
**5381 S. 3925 W.**
**Roy, UT 84067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.25 | $659.25 |
|---|---|---|---|---|

**Heather Glatzer**
**1542 West 2125 South**
**Syracuse, UT 84075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $622.26 | $622.26 |
|---|---|---|---|---|

**Hector Serna-Lopez**
**1150 S Prospect St**
**Salt Lake City, UT 84104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,420.90 | $2,420.90 |
|---|---|---|---|---|

**Hector Tovar**
**808 S 750 W Apt 1**
**Orem, UT 84058**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
| --- | --- | --- | --- |
| | Name | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,079.93 | $3,079.93 |
| --- | --- | --- | --- | --- |

**Heidy Orozco**
**3240 Ogden Ave**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,606.76 | $2,606.76 |
| --- | --- | --- | --- | --- |

**Heidy Teo**
**420 Pine St**
**Steelton, PA 17113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.37 | $509.37 |
| --- | --- | --- | --- | --- |

**Helaman Makalio**
**4530 S Balham Rd #0**
**Taylorsville, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,547.28 | $1,547.28 |
| --- | --- | --- | --- | --- |

**Henry Williams**
**2441 Bellefontaine**
**Kansas City, MO 64127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,305.56 | $1,305.56 |
|---|---|---|---|---|

**Hugo Santiago**
**372 W Main St Apt 3**
**American Fork, UT 84003**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,448.12 | $2,448.12 |
|---|---|---|---|---|

**Hunter Goethals**
**1616 S 2350 W**
**West Heaven, UT 84401**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.35 | $280.35 |
|---|---|---|---|---|

**Ibrahim Nyabenda**
**311 E Summer Pine LN Apt 20**
**Salt Lake, UT 84115**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $585.00 | $585.00 |
|---|---|---|---|---|

**Igbinevbo Udobor**
**1977 S 300 W Apt 519**
**Salt Lake City, UT 84115**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,161.76 | $1,161.76 |
|---|---|---|---|---|

**Inocencia Gutierrez De Monteja**
**1665 S Riverside Dr**
**#138**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.70 | $284.70 |
|---|---|---|---|---|

**Irma Monge**
**558 S Freedom Blvd**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Irvin Cruz**
**4750 Wedgecliff Dr**
**West Valley City, UT 84120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.70 | $209.70 |
|---|---|---|---|---|

**Isaac Alvarado**
**1195 W 4400 S Apt 15**
**Riverdale, UT 84405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$899.26** | **$899.26** |
|---|---|---|---|---|

**Isabel Garcia**
**2029 Jackson Ave.**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Isaiah Boney**
**360 32nd**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$825.76** | **$825.76** |
|---|---|---|---|---|

**Ismael Rivera**
**311 N 1120 W**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$706.76** | **$706.76** |
|---|---|---|---|---|

**Ismael Sanchez**
**428 W 300 S**
**Salt Lake Citry, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.00 | $256.00 |
|---|---|---|---|---|

**Ivan Torres**
**680 N 750 W Apt 1**
**Provo, UT 84601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Izabelle Delgado**
**5648 S 1150 W Tell9**
**Ogden, UT 84405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,961.14 | $1,961.14 |
|---|---|---|---|---|

**Jacinto Moya**
**1614 Walnut St**
**Harrisburg, PA 17103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.05 | $181.05 |
|---|---|---|---|---|

**Jack Wolf**
**4180 W 5415 S #14**
**Kearns, UT 84118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Jackson Vargas**
**748 N 700 E**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,458.52 | $3,458.52 |
|---|---|---|---|---|

**Jackwin Nikita**
**757 Spring Circle**
**Liberty, MO 64068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 | $175.00 |
|---|---|---|---|---|

**Jacob Aston**
**952 S 830 E**
**Orem, UT 84097**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.50 | $246.50 |
|---|---|---|---|---|

**Jacob Burrow**
**12736 S 300 E**
**Draper, UT 84020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|--------|-------------------------------------|------------------------|--------------|
|        | Name                                |                        |              |

---

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,819.26 | $1,819.26 |
|-------|-----|-----|-----|-----|

**Jacob Enloe**
**6122 Haskell Ave**
**Kansas City, KS 66104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,389.29 | $1,389.29 |
|-------|-----|-----|-----|-----|

**Jacqueline Sierra**
**786 N 625 W**
**Clearfield, UT 84015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,745.07 | $5,745.07 |
|-------|-----|-----|-----|-----|

**Jade Brock**
**6754 Arrow Wood Ct.**
**West Jordan, UT 84081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Drivers LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,657.14 | $2,657.14 |
|-------|-----|-----|-----|-----|

**Jaden Hyde**
**1390 W 650 S**
**Layton, UT 84041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Drivers LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|--------|-------------------------------------|------------------------|--------------|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,128.89 | $1,128.89 |
|-------|-----------|-----------|-----------|-----------|
| | **Jahlil Scott**<br>**3514 Derry Street**<br>**Harrisburg, PA 17111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Hires LLC** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,893.53 | $1,893.53 |
|-------|-----------|-----------|-----------|-----------|
| | **Jaime Hernandez**<br>**1519 Ruby ave**<br>**Kansas City, KS 66103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $589.07 | $589.07 |
|-------|-----------|-----------|-----------|-----------|
| | **James Adair Sr.**<br>**3457 Holmes St. Apt. 104**<br>**Kansas City, MO 64109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $84.15 | $84.15 |
|-------|-----------|-----------|-----------|-----------|
| | **James Beaty**<br>**207 S 200 W**<br>**Tooele, UT 84074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $988.40 | $988.40 |
|---|---|---|---|---|

**James Branoff**
**16 Amherst Dr**
**Camp Hill, PA 17011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,278.00 | $1,278.00 |
|---|---|---|---|---|

**James Burningham**
**2416 W 3995 S**
**West Valley City, UT 84119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.00 | $288.00 |
|---|---|---|---|---|

**James Duncan**
**304 N Fayette St Apt 608**
**Shippensburg, PA 17257**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,014.82 | $3,014.82 |
|---|---|---|---|---|

**James Ertell**
**267 Briggs Street Apt 2**
**Harrisburg, PA 17102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|--------|-------------------------------------|------------------------|--------------|
|        | Name | | |

---

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,343.20 | $1,343.20 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**James Gomez**
**2107 Dakota Ave**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,676.52 | $1,676.52 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Jamil Aviles**
**736 E Louther Street**
**Carlisle, PA 17013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,464.52 | $1,464.52 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Janelle Sam**
**3809 S Clare Dr**
**WVC, UT 84120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.80 | $454.80 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Janet Stevenson**
**5000 S 1900 W #31**
**Roy, UT 84067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,100.00 | $25,100.00 |
|---|---|---|---|---|

**Janise Loveridge**
**778 E 5750 S**
**Ogden, UT 84405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,307.39 | $1,307.39 |
|---|---|---|---|---|

**Jared AhQuin**
**3350 S Fairland St**
**Magna, UT 84044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,733.53 | $2,733.53 |
|---|---|---|---|---|

**Jared Lynch**
**2276 Washington Blvd Apt 603**
**Ogden, UT 84403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.00 | $408.00 |
|---|---|---|---|---|

**Jared Martinez**
**474 S State St Apt 84**
**Orem, UT 84058**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Jarum Stone**
**3371 W 275 N**
**Layton, UT 84041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,810.99 | $1,810.99 |
|---|---|---|---|---|

**Jason Arcos**
**534 W 920 S**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $849.85 | $849.85 |
|---|---|---|---|---|

**Jason Blockston**
**105 W 250 N Apt 1**
**Clearfield, UT 84015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,711.63 | $4,711.63 |
|---|---|---|---|---|

**Jason Hyde**
**1102 E 3325 N**
**#2**
**Layton, UT 84040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Drivers LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,533.76 | $1,533.76 |
|---|---|---|---|---|

**Javier Nambo Campos**
**3484 S 4210 W Apt 8**
**West Valley City, UT 84120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Jayden Ferrill**
**408 Fourth St**
**Port Royal, PA 17082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $415.38 | $415.38 |
|---|---|---|---|---|

**Jayden Pascual**
**1105 W 4400 S**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.75 | $387.75 |
|---|---|---|---|---|

**Jeff Connell**
**4669 W 5100 S**
**Hooper, UT 84315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Logistics Giving Resources, LLC | Case number (if known) | 22-20143 |
|---|---|---|---|
| | Name | | |

---

**2.335** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,362.32** | **$1,362.32**

**Jefferson Avila**
**1372 S Wallace Dr.**
**Springville, UT 84663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.336** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$87.30** | **$87.30**

**Jenalyn Vance**
**1346 East Carrie Drive**
**Fruit Heights, UT 84037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.337** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$365.50** | **$365.50**

**Jennifer Santana**
**3340 Fox Meadow Dr**
**Dover, PA 17315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.338** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$720.00** | **$720.00**

**Jenny Duran Ramos**
**1145 W Modesto Avenue**
**West Valley City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,450.52 | $2,450.52 |
|---|---|---|---|---|

**Jeramiah Lewis**
**11202 Palmer Ave.**
**Kansas City, MO 64134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,440.14 | $1,440.14 |
|---|---|---|---|---|

**Jeremiah Blouch**
**1264 Roundtop Road**
**Middletown, PA 17057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,653.87 | $2,653.87 |
|---|---|---|---|---|

**Jeremiah Rodriguez**
**335 Brighton Ave**
**Kansas City, MO 64124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $301.95 | $301.95 |
|---|---|---|---|---|

**Jeremy Clough**
**1619 Hwy 507**
**Simsboro, LA 71275**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $180.70 | $180.70 |
|---|---|---|---|---|

**Jeri Sam**
**3235 Lincoln Ave**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $237.15 | $237.15 |
|---|---|---|---|---|

**Jermaine Ultirakl**
**20 W 1700 S Apt.A2**
**Clearfield, UT 84015**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,393.78 | $2,393.78 |
|---|---|---|---|---|

**Jerred Devore**
**951 35 Street**
**Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,244.11 | $1,244.11 |
|---|---|---|---|---|

**Jessee Bryner**
**497 W Main St**
**Thompsontown, PA 17094**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Hires LLC** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page  87 of 179**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.10 | $61.10 |
|---|---|---|---|---|

**Jessica Lee**
**166 North 400 West**
**Lindon, UT 84042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,569.16 | $2,569.16 |
|---|---|---|---|---|

**Jessy Ayala**
**7337 W Gardenia Cir**
**Magna, UT 84044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Jesus Chavez**
**2875 N 400 W**
**Apt 13**
**Layton, UT 84041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,039.35 | $1,039.35 |
|---|---|---|---|---|

**Jesus Payan Garcia**
**2101 Nevada Ave**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,042.28 | $2,042.28 |
|---|---|---|---|---|

**Jesus Sepulveda Salcedo**
**4205 S Brookfilled Way**
**West Valley, UT 84120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,222.76 | $1,222.76 |
|---|---|---|---|---|

**Jillia Beckstead**
**8839 S 300 E**
**Sandy, UT 84070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.24 | $30.24 |
|---|---|---|---|---|

**Jimmy Avila**
**1372 S Wallace Dr**
**Springville, UT 84663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,272.60 | $2,272.60 |
|---|---|---|---|---|

**Joan Mcclaren**
**2715 Walnut Street Apt 2**
**Harrisburg, PA 17103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $796.08 | $796.08 |
|---|---|---|---|---|

**Jody Gonzales**
**423 N 20 E**
**Vineyard, UT 84059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $768.74 | $768.74 |
|---|---|---|---|---|

**Joey Santiago**
**1680 W Thornhill Dr Apt 902**
**Salt Lake City, UT 84123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,003.00 | $1,003.00 |
|---|---|---|---|---|

**John Cummings**
**518 Dexter St**
**Salt Lake City, UT 84116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,629.82 | $4,629.82 |
|---|---|---|---|---|

**John Drury**
**1495 N 50 W**
**Orem, UT 84057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Drivers LLC**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,688.90 | $1,688.90 |
|---|---|---|---|---|

**John Gardner**
**415 E 300 S**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.98 | $879.98 |
|---|---|---|---|---|

**John Wilson**
**3700 Washington Apt 10**
**Ogden, UT 84403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.37 | $738.37 |
|---|---|---|---|---|

**Johnathan Sam**
**3235 Lincoln Ave**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |
|---|---|---|---|---|

**Johnnie Merritt**
**1941 W. 4470 S. Apt. 72**
**Roy, UT 84067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number *(if known)* | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.50 | $122.50 |
|---|---|---|---|---|

**Johnny Irizarry**
**1843 Park Street Apt 1**
**Harrisburg, PA 17103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.75 | $150.75 |
|---|---|---|---|---|

**Jordan Houskeeper**
**2399 W. Arthur Way**
**West Haven, UT 84015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $883.26 | $883.26 |
|---|---|---|---|---|

**Jordan Spivey**
**1154 E 2700 S Apt 113**
**Salt Lake City, UT 84106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,406.52 | $1,406.52 |
|---|---|---|---|---|

**Jordan Waters**
**4124 Spring Valley Road**
**Apt  A11**
**Harrisburg, PA 17109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,339.39 | $1,339.39 |
|---|---|---|---|---|

**Jorge Guerrero**
**750 S 650 W Apt 331**
**Apt 331**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,209.15 | $1,209.15 |
|---|---|---|---|---|

**Jorge Pagan**
**3580 W 4305 S**
**West Valley City, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,297.28 | $2,297.28 |
|---|---|---|---|---|

**Jose Chinchilla**
**1747 S 900 W**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,162.80 | $1,162.80 |
|---|---|---|---|---|

**Jose Martinez**
**321 N University Ave**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Logistics Giving Resources, LLC | Case number (if known) | 22-20143 |
| --- | --- | --- | --- |
| | Name | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $358.80 | $358.80 |
| --- | --- | --- | --- | --- |
| | **Jose Mendez-Villatoro**<br>**922 N Chippewa Ave**<br>**Anaheim, CA 92801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,368.28 | $2,368.28 |
| --- | --- | --- | --- | --- |
| | **Jose Ochoa**<br>**665 N 500 E**<br>**Provo, UT 84606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $628.10 | $628.10 |
| --- | --- | --- | --- | --- |
| | **Jose Rodriguez**<br>**6151 W Cherry Springs**<br>**West Valley City, UT 84118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,587.15 | $2,587.15 |
| --- | --- | --- | --- | --- |
| | **Jose Rodriguez**<br>**200 N Harrisville Rd Apt. 46**<br>**Ogden, UT 84404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,916.18 | $1,916.18 |
|---|---|---|---|---|

**Joselin Santos**
**2144b S 38th**
**Kansas City, KS 66106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.65 | $85.65 |
|---|---|---|---|---|

**Joseph Cooper**
**1207 North Main**
**Kaysville, UT 84037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.08 | $126.08 |
|---|---|---|---|---|

**Josette McArthur**
**4053 N Rivermist Ln**
**Lehi, UT 84043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,991.84 | $1,991.84 |
|---|---|---|---|---|

**Joshua Marvidikis**
**1747 S 900 W**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,472.36 | $1,472.36 |
|---|---|---|---|---|

**JQuan Smith**
**4314 Towersroad**
**Kansas City, MO 64130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $892.13 | $892.13 |
|---|---|---|---|---|

**Juan Huerta**
**1747 S 900 W**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,569.52 | $1,569.52 |
|---|---|---|---|---|

**Juan Manhard**
**7849 Honeycomb Cir**
**Cottonwood, UT 84121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,508.67 | $1,508.67 |
|---|---|---|---|---|

**Juan Rios**
**72 N 400 W**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,672.50 | $2,672.50 |
|---|---|---|---|---|

**Juana Castro**
**340 Ogden Ave**
**Ogden, UT 84404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,386.76 | $2,386.76 |
|---|---|---|---|---|

**Juana Huallpacusi**
**6399 S. Laurel Canyon Dr.**
**Kearns, UT 84118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.83 | $193.83 |
|---|---|---|---|---|

**Juanita Gutierrez**
**720 S 900 W Apt 2**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,379.78 | $2,379.78 |
|---|---|---|---|---|

**Julie Ashby**
**8334 S Coolidge Street**
**Midvale, UT 84047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.07 | $405.07 |
|---|---|---|---|---|

**Juliet Sam**
**3568 S. 4240 W.**
**M1**
**West Valley City, UT 84120**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,605.27 | $1,605.27 |
|---|---|---|---|---|

**Julio Cook**
**3792 Rockwood Way**
**Apt 165**
**West Valley City, UT 84120**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**Junior Sili Tauali'i**
**9979 S Albury Rd**
**Sandy, UT 84092**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,397.25 | $1,397.25 |
|---|---|---|---|---|

**Justin Kramer**
**758 E 600 S APT 2**
**Salt Lake City, UT 84102**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,590.67 | $1,590.67 |
|---|---|---|---|---|

**Justin Moody**
**41 TipTop Cir**
**Carlisle, PA 17015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,070.01 | $2,070.01 |
|---|---|---|---|---|

**Justin Newman**
**772 E 700 N**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,965.42 | $1,965.42 |
|---|---|---|---|---|

**Justin Shaben**
**225 Pine Grove Rd**
**Gardners, PA 17324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,291.24 | $1,291.24 |
|---|---|---|---|---|

**Kalenga Ilunga**
**1320 NW 82nd ST Apt 3-016**
**Kansas City, MO 64118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|

Name

---

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $634.02 | $634.02 |
|---|---|---|---|---|

**Karen Hernandez**
**1129 E 230 S**
**Provo, UT 84606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,061.76 | $2,061.76 |
|---|---|---|---|---|

**Karen Hugo**
**2907 S. Spencer Ave.**
**Magna, UT 84044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,081.57 | $3,081.57 |
|---|---|---|---|---|

**Karla Nuttall**
**2337 West 1400 North**
**Layton, UT 84041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Drivers LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,421.38 | $1,421.38 |
|---|---|---|---|---|

**Karla Olvera**
**16 S 600 E Apt 2**
**American Fork, UT 84003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Logistics Giving Resources, LLC | Case number (if known) | 22-20143 |
|--------|--------------------------------|------------------------|----------|
|        | Name                            |                        |          |

---

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,084.28 | $2,084.28 |
|-------|----------------------------------------------|----------------------------------------------|-----------|-----------|

**Kasey Frantz**
**224 Locust Street**
**Steelton, PA 17113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,498.43 | $2,498.43 |
|-------|----------------------------------------------|----------------------------------------------|-----------|-----------|

**Kathleen Yates**
**1185 E. St. Josephs st.**
**Layton, UT 84040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,550.00 | $2,550.00 |
|-------|----------------------------------------------|----------------------------------------------|-----------|-----------|

**Katie Hill**
**15255 N Frank Lloyd Wright Blvd**
**#1122**
**Scottsdale, AZ 85260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,741.52 | $1,741.52 |
|-------|----------------------------------------------|----------------------------------------------|-----------|-----------|

**Kayden Stevens**
**1491 S 350 W**
**Payson, UT 84651**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,538.57 | $1,538.57 |
|---|---|---|---|---|

**Kea Polentz**
**3700 Washington blvd #10**
**Ogden, UT 84403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,213.28 | $1,213.28 |
|---|---|---|---|---|

**Keith Jones II**
**2943 N 65th Terr**
**Kansas City, KS 66104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.00 | $221.00 |
|---|---|---|---|---|

**Kelly Isaacson**
**80 S Orange Street #125**
**Salt Lake City, UT 84116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.66 | $75.66 |
|---|---|---|---|---|

**Kendra Kaufman**
**90 W 500 N**
**Nephi, UT 84648**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,267.88 | $2,267.88 |
|---|---|---|---|---|

**Kenneth Byrd**
**8927 W 2800 S Apt 7**
**Magna, UT 84044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Keon Logan**
**8936 Armstrong Ave**
**Kansas City, KS 66102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $786.50 | $786.50 |
|---|---|---|---|---|

**Kevin Brown**
**541 E 22nd St. Apt. 2**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.32 | $124.32 |
|---|---|---|---|---|

**Kevin Garrett**
**3014 N 34th St**
**Kansas City, KS 66104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | $1,460.82 | $1,460.82 |
|---|---|---|---|---|

**Kevin Gikiu**
**5485 S Walden Meadows Dr #1**
**Murray, UT 84123**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | $964.33 | $964.33 |
|---|---|---|---|---|

**Kevin Portocarrero**
**1447 North General Dr.**
**Salt Lake City, UT 84116**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | $380.70 | $380.70 |
|---|---|---|---|---|

**Kevin Thomas**
**1207 E Gaylene Cir**
**Sandy, UT 84094**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | $5,350.00 | $5,350.00 |
|---|---|---|---|---|

**Kevin Wendt**
**259 W 7049 N Victoria Cir.**
**Sussex, WI 53089**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.83 | $128.83 |
|---|---|---|---|---|

**Kevin Wilcock**
**621 N 1150 W St**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,753.96 | $1,753.96 |
|---|---|---|---|---|

**Khalif Abdi**
**821 W 700 N Apt D**
**Salt Lake City, UT 84116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,097.88 | $1,097.88 |
|---|---|---|---|---|

**Kianna Harris**
**3174 Jean Street**
**Magna, UT 84044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.97 | $137.97 |
|---|---|---|---|---|

**Kim Allred**
**723 W 1850 Nort**
**#723**
**Provo, UT 84604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.10 | $83.10 |
|---|---|---|---|---|

**Kimberly Cooper**
**1322 Green Rd**
**Fruit Heights, UT 84037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,160.00 | $2,160.00 |
|---|---|---|---|---|

**Klayna Gudino Carrillo**
**1457 West Pacific Ave**
**Apt B**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Drivers LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $361.25 | $361.25 |
|---|---|---|---|---|

**Koshawn Williams**
**2810 Market Street Rd**
**Harrisburg, PA 17103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.30 | $261.30 |
|---|---|---|---|---|

**Kourtney Hendricks**
**8458 Hardvard Park Drive**
**Sandy, UT 84094**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|

Name

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $893.76 | $893.76 |
|---|---|---|---|---|

**Kristine Malan**
**1258 N Kimberly Dr.**
**Layton, UT 84040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $662.92 | $662.92 |
|---|---|---|---|---|

**Kyle King**
**897 Courtyard Lane**
**Centerville, UT 84014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.00 | $950.00 |
|---|---|---|---|---|

**Kyle Kochenderfer**
**1101 Yverdon Dr Apt C6**
**Camp Hill, PA 17011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,852.50 | $1,852.50 |
|---|---|---|---|---|

**Laketa Gause**
**7400 E 51st St**
**Kansas City, MO 64129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Drivers LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.75 | $549.75 |
|---|---|---|---|---|

**Lalia Phillips**
**5028 Bellefontaine**
**Kansas City, MO 64128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $632.85 | $632.85 |
|---|---|---|---|---|

**Lamar Keyes**
**484 38th St**
**Ogden, UT 84403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,458.40 | $2,458.40 |
|---|---|---|---|---|

**Lamont Lumpkin**
**8226 E. 80th Ter**
**Missouri, KS 64124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,833.80 | $2,833.80 |
|---|---|---|---|---|

**Lamonte McLean**
**2810 Market St Rd Apt PVT**
**Harrisburg, PA 17103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $542.50 | $542.50 |

**Larry Eisenhart**
**1518 Simpsonferry Rd**
**New Cumberland, PA 17070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.00 | $296.00 |

**Larry Veteto**
**4053 Aquarius Ct.**
**Kearns, UT 84121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,459.00 | $1,459.00 |

**Laura Lopez**
**255 N 1600 W #35**
**Provo, UT 84601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Drivers LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,013.68 | $2,013.68 |

**Laurance Sails**
**3747 Pasea Blvd**
**Kansas City, MO 64109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,085.76 | $1,085.76 |
|---|---|---|---|---|

**Leniselota Seu**
**1044 N 1500 W**
**Salt Lake City, UT 84116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,798.76 | $1,798.76 |
|---|---|---|---|---|

**Leon Crutcher**
**1841 W Morton Dr**
**E11**
**Salt Lake City, UT 84116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.26 | $475.26 |
|---|---|---|---|---|

**Leora Porter**
**3409 E 55th ST**
**Kansas City, MO 64130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $670.20 | $670.20 |
|---|---|---|---|---|

**LeRoy Murphy**
**3409 E 55th ST**
**Kansas City, MO 64130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $307.50 | $307.50 |
|---|---|---|---|---|

**Lesa Lee**
**4635 N Timpview Dr**
**Provo, UT 84604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address | | $407.50 | $407.50 |
|---|---|---|---|---|

**Lester Shinault**
**639 23rd Street Unit 1**
**Ogden, UT 84401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address | | $2,283.96 | $2,283.96 |
|---|---|---|---|---|

**Level Chamberlin**
**2638 N. 33rd**
**Kansas City, KS 66104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address | | $110.50 | $110.50 |
|---|---|---|---|---|

**Lillyann Masters**
**4196 S 2785 W**
**West Valley City, UT 84119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $647.18 | $647.18 |
|---|---|---|---|---|

**Logan Worthington**
**455 West Gentile St.**
**Layton, UT 84041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,953.73 | $1,953.73 |
|---|---|---|---|---|

**Lorianny Santana Perez**
**330 Hummel st  Apt 1**
**Harrisburg, PA 17104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.40 | $150.40 |
|---|---|---|---|---|

**Louis Lopez**
**3032 S Lake Meadow Dr**
**West Valley City, UT 84120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 | $81.00 |
|---|---|---|---|---|

**Luis Guerra**
**853 W Montangue Ave**
**Salt Lake City, UT 84104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,815.60 | $1,815.60 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Luis Prado**
**170 S Pleasant Grove Blvd**
**Pleasant Grove, UT 84602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.448

Priority creditor's name and mailing address

**Luis Soto**
**5516 Crest Drive**
**Kansas Clty, KS 66106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,918.16    $1,918.16

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.449

Priority creditor's name and mailing address

**Lydia Alvarado**
**563 W. 24th St.**
**Apt 17**
**Ogden, UT 84401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$555.96    $555.96

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.450

Priority creditor's name and mailing address

**Maine Meingin**
**4000 S Redwood Rd A2005**
**Salt Lake City, UT 84123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,915.29    $2,915.29

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $653.40 | $653.40 |
|---|---|---|---|---|
| | **Makayla Melendez** | *Check all that apply.* | | |
| | **3559 Grant Ave** | ☐ Contingent | | |
| | **Ogden, UT 84401** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,001.99 | $1,001.99 |
|---|---|---|---|---|
| | **Malcolm Williams** | *Check all that apply.* | | |
| | **811 East Vine Street** | ☐ Contingent | | |
| | **Apt 206** | ☐ Unliquidated | | |
| | **Murray, UT 84107** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,705.27 | $2,705.27 |
|---|---|---|---|---|
| | **Manuel Cano-Cordova** | *Check all that apply.* | | |
| | **130 East Wood Dr.** | ☐ Contingent | | |
| | **Orem, UT 84097** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.63 | $185.63 |
|---|---|---|---|---|
| | **Marc De Marco** | *Check all that apply.* | | |
| | **4612 S 2930 W** | ☐ Contingent | | |
| | **214** | ☐ Unliquidated | | |
| | **West Valley, UT 84119** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $516.63 | $516.63 |
|---|---|---|---|---|

**Marcus Allen**
**2400 Boas Street # 2**
**Harrisburg, PA 17104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $862.72 | $862.72 |
|---|---|---|---|---|

**Margarita Mercedes**
**1519 Vernon St**
**Harrisburg, PA 17104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.48 | $500.48 |
|---|---|---|---|---|

**Margarito Gamboa**
**1492 W 700 S**
**Salt Lake City, UT 84104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,989.50 | $1,989.50 |
|---|---|---|---|---|

**Maria Alvarez**
**1632 W Wright Cir**
**Salt Lake City, UT 84104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
| --- | --- | --- | --- |
| | Name | | |

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $272.00 | $272.00 |
| --- | --- | --- | --- | --- |
| | **Maria Avila**<br>**7614 St Stagg St**<br>**Midvale, UT 84067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,146.88 | $4,146.88 |
| --- | --- | --- | --- | --- |
| | **Maria Bonilla**<br>**1450 N Washington Blvd**<br>**Apt 148**<br>**Ogden, UT 84404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,925.32 | $1,925.32 |
| --- | --- | --- | --- | --- |
| | **Maria Castro**<br>**750 S 650 W**<br>**Apt 282**<br>**Provo, UT 84601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,980.88 | $1,980.88 |
| --- | --- | --- | --- | --- |
| | **Maria Dapaa**<br>**974 W 600 S**<br>**Apt 4C**<br>**Provo, UT 84601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $866.47 | $866.47 |
|---|---|---|---|---|

**Maria De Los A. Piris Mercedes**
**1519 Vernon St**
**Harrisburg, PA 17104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,603.14 | $1,603.14 |
|---|---|---|---|---|

**Maria Elena Sierra Ochoa**
**3830 S Canyon River Way Unit #1**
**Salt Lake City, UT 84119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,121.09 | $4,121.09 |
|---|---|---|---|---|

**Maria Garcia**
**2029 Jackson Ave.**
**Ogden, UT 84401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,914.56 | $1,914.56 |
|---|---|---|---|---|

**Maria Gomez**
**661 S 2220 W Apt 301**
**Pleasant Grove, UT 84062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,990.95 | $1,990.95 |
|---|---|---|---|---|
| | **Maria Lopez de Flores** | Check all that apply. | | |
| | **783 North 850 West** | ☐ Contingent | | |
| | **Provo, UT 84601** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,141.34 | $3,141.34 |
|---|---|---|---|---|
| | **Maria Navarro** | Check all that apply. | | |
| | **1536 W Shelly Ave** | ☐ Contingent | | |
| | **West Valley, UT 84119** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $768.00 | $768.00 |
|---|---|---|---|---|
| | **Maria Rodriguez** | Check all that apply. | | |
| | **5449 Songbird Dr.** | ☐ Contingent | | |
| | **West Valley City, UT 84120** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages - LG Drivers LLC** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,640.32 | $1,640.32 |
|---|---|---|---|---|
| | **Maria Sanchez** | Check all that apply. | | |
| | **724 N 350 W** | ☐ Contingent | | |
| | **Springville, UT 84663** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $789.06 | $789.06 |
|---|---|---|---|---|

**Maria Schwinghammer**
**3112 Adams Ave**
**Apt #01**
**Ogden, UT 84403**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $893.76 | $893.76 |
|---|---|---|---|---|

**Maria Tjeda Diaz**
**744 Darlin St.**
**Ogden, UT 84403**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,063.30 | $2,063.30 |
|---|---|---|---|---|

**Marie Clark**
**686 W 400 N**
**Fountain Green, UT 84632**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,072.10 | $1,072.10 |
|---|---|---|---|---|

**Marilu Vasquez**
**5712 Fairwood Dr Apt 30**
**Taylorsville, UT 84129**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.61 | $103.61 |
|---|---|---|---|---|
| | **Marina Gonzalez Ferreira**<br>**1065 Wall Ave. Trlr 65 G**<br>**Ogden, UT 84404** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,575.02 | $1,575.02 |
|---|---|---|---|---|
| | **Mario Montoya**<br>**782 Quincey Ave**<br>**Ogden, UT 84403** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.00 | $207.00 |
|---|---|---|---|---|
| | **Marisela Cisneros**<br>**5834 S 3200 W**<br>**Riverdale, UT 84067** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,031.03 | $2,031.03 |
|---|---|---|---|---|
| | **Mark Corbett**<br>**10436 N 6570 W**<br>**Highland, UT 84003** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number *(if known)* | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,321.75 | $1,321.75 |
|---|---|---|---|---|

**Mark Hoskins**
**1484 W 3500 S**
**9C**
**West Valley, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,743.40 | $1,743.40 |
|---|---|---|---|---|

**Mark Martinez**
**1645 W 3300 S**
**Apt 226**
**West valley City, UT 84123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,250.00 | $4,250.00 |
|---|---|---|---|---|

**Mark Yaschik**
**1453 Stephens Dr**
**Atlanta, GA 30329**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $662.81 | $662.81 |
|---|---|---|---|---|

**Markona Davis**
**3605 Benton BLV**
**Kansas City, MO 64128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,496.78 | $2,496.78 |
|---|---|---|---|---|

**Marlon Pineda**
**420 Pine Street**
**Steelton, PA 17113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,121.44 | $1,121.44 |
|---|---|---|---|---|

**Martay Cushon**
**1856 E 76 Terr**
**Kansas City, MO 64132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,894.47 | $1,894.47 |
|---|---|---|---|---|

**Martha Henriquez**
**250 E 200 S**
**Orem, UT 84058**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.35 | $28.35 |
|---|---|---|---|---|

**Maryury Baide**
**355 North Mill Rd Apt J208**
**Vineyard, UT 84059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$288.00** | **$288.00** |

**Matthew Carroll**
**15609 E US Highway 24 APT M**
**Independence, MO 64050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,149.76** | **$2,149.76** |
|---|---|---|---|

**Matthew MacGowan**
**300 Longmeadow St**
**Mechanicsburg, PA 17055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$467.50** | **$467.50** |
|---|---|---|---|

**Matthew Nielson**
**493 Firestone Dr.**
**Santaquin, UT 84655**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$88.65** | **$88.65** |
|---|---|---|---|

**Maxwell Barclay**
**735 E 9990 S**
**Sandy, UT 84094**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,858.14 | $2,858.14 |
|---|---|---|---|---|

**Mayson Suda**
**4000 S Redwood Rd**
**A2005**
**Salt Lake Clty, UT 84123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,977.50 | $1,977.50 |
|---|---|---|---|---|

**Meghan Spencer**
**2530 Brighton Ave**
**Kansas City, MO 64127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Drivers LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.25 | $12.25 |
|---|---|---|---|---|

**Meleagalelei Lutu**
**5468 W 2000 S Apt 8**
**Roy, UT 84120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,848.27 | $1,848.27 |
|---|---|---|---|---|

**Meliame Houston**
**1312 S 1540 E**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Melissa Gulley**
**444 S 900 E**
**Apt 404**
**Salt Lake City, UT 84102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|

**Melissa Martinez**
**115 S 600 E #1**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $744.60 | $744.60 |
|---|---|---|---|---|

**Melvin Sanchez**
**2823 N 1175 E**
**North Ogden, UT 84414**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,980.00 | $1,980.00 |
|---|---|---|---|---|

**Merrick McKinney**
**2742 Adams Ave Apt 1**
**Ogden, UT 84403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $994.76 | $994.76 |
|---|---|---|---|---|

**Micah Menlove**
**2450 S Water Tower Way**
**Ogden, UT 84441**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,815.92 | $2,815.92 |
|---|---|---|---|---|

**Micah Walker**
**211 N Cornell St S311**
**Salt Lake City, UT 84116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,404.01 | $1,404.01 |
|---|---|---|---|---|

**Michael Bressler**
**1703 Green Street**
**Harrisburg, PA 17102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,094.76 | $1,094.76 |
|---|---|---|---|---|

**Michael Herrera**
**1457 S 150 W**
**Payson, UT 84651**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,522.73 | $2,522.73 |
|---|---|---|---|---|

**Michael Lopez**
**1471 N 150 E**
**Springville, UT 84663**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,958.48 | $1,958.48 |
|---|---|---|---|---|

**Michael Olson**
**34 N 400 E Apt 2**
**Provo, UT 84606**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,742.93 | $1,742.93 |
|---|---|---|---|---|

**Michael Smith**
**5175 S 600 W**
**Ogden, UT 84405**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.60 | $81.60 |
|---|---|---|---|---|

**Michael Thorpe**
**5839 S 2600 W**
**Roy, UT 84067**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.00 | $248.00 |
|---|---|---|---|---|

**Michele Thompson**
**8001 S 2550 E**
**South Weber, UT 84405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $827.75 | $827.75 |
|---|---|---|---|---|

**Miguel Gutierrez**
**642 W 200 S**
**Provo, UT 84601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $559.36 | $559.36 |
|---|---|---|---|---|

**Miguel Reyes**
**4807 W South Jordan Pkwy**
**South Jordan, UT 84009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,760.00 | $1,760.00 |
|---|---|---|---|---|

**Miriam Castellanos**
**1431 E Hoffer St**
**Banning, CA 92220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (*if known*) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $474.04 | $474.04 |
|---|---|---|---|---|
| | **Monica Anastacio** | *Check all that apply.* | | |
| | **2285 W 540 N** | ☐ Contingent | | |
| | **Provo, UT 84601** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.35 | $31.35 |
|---|---|---|---|---|
| | **Monique Young** | *Check all that apply.* | | |
| | **238 N 200 E** | ☐ Contingent | | |
| | **Springville, UT 84663** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,064.29 | $1,064.29 |
|---|---|---|---|---|
| | **Monte Geertgens** | *Check all that apply.* | | |
| | **2115 Freemont Crest Ave** | ☐ Contingent | | |
| | **Syracuse, UT 84075** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.07 | $517.07 |
|---|---|---|---|---|
| | **Morris Sasa** | *Check all that apply.* | | |
| | **3470 S 300 E** | ☐ Contingent | | |
| | **Apt 05** | ☐ Unliquidated | | |
| | **Salt Lake City, UT 84115** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 129 of 179

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|--------|-------------------------------------|------------------------|--------------|
|        | Name |  |  |

---

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,481.18** | **$1,481.18** |
|-------|---|---|---|---|
|  | **My-son Benjamin**<br>**1593 W Secret Garden Plc Apt 251**<br>**Salt Lake City, UT 84104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,256.56** | **$2,256.56** |
|-------|---|---|---|---|
|  | **Nancy Hernandez**<br>**420 Pine St**<br>**Steelton, PA 17113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Hires LLC** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,318.01** | **$1,318.01** |
|-------|---|---|---|---|
|  | **Nancy Noble**<br>**1037 S 290 W**<br>**Provo, UT 84601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,109.16** | **$2,109.16** |
|-------|---|---|---|---|
|  | **Nancy Vega**<br>**1375 W 500 N #100**<br>**Provo, UT 84601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Drivers LLC** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $732.96 | $732.96 |
|---|---|---|---|---|

**Nathan Lopez
7643 S Allen Street
Midvale, UT 84047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,296.75 | $1,296.75 |
|---|---|---|---|---|

**Nathan Sinclair
3258 W Jordan Line Pkwy
Apt2-237
West Jordan, UT 84088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.30 | $118.30 |
|---|---|---|---|---|

**Nathanial Taylor
1005 S Freedom Blvd
Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,310.27 | $2,310.27 |
|---|---|---|---|---|

**Nathaniel Gasologa
4002 S 1555 W
35B
Salt lake City, UT 84123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$784.18** | **$784.18** |
| | **Nazario Quiles** | *Check all that apply.* | | |
| | **875 S Geneva Rd Apt 2 306** | ☐ Contingent | | |
| | **Orem, UT 84057** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$289.44** | **$289.44** |
| | **Nicolas Batista** | *Check all that apply.* | | |
| | **104 E Main St Unit B** | ☐ Contingent | | |
| | **Landisburg, PA 17040** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$185.36** | **$185.36** |
| | **Nicole Gutierrez** | *Check all that apply.* | | |
| | **1194 Modesto Circle** | ☐ Contingent | | |
| | **Salt Lake City, UT 84104** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$212.50** | **$212.50** |
| | **Nicole Hernandez** | *Check all that apply.* | | |
| | **1644 David Dr** | ☐ Contingent | | |
| | **Layton, UT 84041** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
| --- | --- | --- | --- |
| | Name | | |

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,350.00** | **$3,350.00** |
| --- | --- | --- | --- | --- |
| | **Niki Liston**<br>**34 E 600 N**<br>**Kaysville, UT 84037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$456.00** | **$456.00** |
| --- | --- | --- | --- | --- |
| | **Omar Tollinchi**<br>**520 Woodbine St Apt A**<br>**Harrisburg, PA 17110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,122.65** | **$2,122.65** |
| --- | --- | --- | --- | --- |
| | **Oracio Nieves**<br>**3827 W Bonnie Arlene Dr**<br>**West Valley City, UT 84128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,208.31** | **$1,208.31** |
| --- | --- | --- | --- | --- |
| | **Orion Barrett**<br>**4612 S 2930 W**<br>**124**<br>**Salt Lake City, UT 84119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|--------|--------------------------------------|-------------------------|--------------|
|        | Name                                 |                         |              |

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Oscar Barron
1264 S 980 W
Provo, UT 84601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.96 | $1,200.96 |
|-------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Oscar Rivas
2788 E 1520 S Street
Spanish Fork, UT 84660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,814.58 | $1,814.58 |
|-------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Oscar Villa
1147 20st
Ogden, UT 84401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Otoniel Saintinord
1765 W 1200 S Apt 203
Springville, UT 84663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,370.20** | **$1,370.20** |
|---|---|---|---|---|

**Pamela Holliday**
**3678 S Highland Dr**
**Apt 114**
**Millcreek, UT 84106**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,203.81** | **$2,203.81** |
|---|---|---|---|---|

**Patricio Ceniceros**
**4189 S 300 W Apt F103**
**Riverdale, UT 84405**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$717.00** | **$717.00** |
|---|---|---|---|---|

**Patsy Ewini**
**4000 S Redwood Rd Apt 2005**
**Salt Lake City, UT 84123**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,562.01** | **$1,562.01** |
|---|---|---|---|---|

**Paul Vanbuskirk**
**5372 S 4150 W**
**Roy, UT 84067**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
| --- | --- | --- | --- |
| | Name | | |

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $955.36 | $955.36 |
| --- | --- | --- | --- | --- |
| | **Perry Johnston**<br>**1041 N 900 W**<br>**Orem, UT 84057** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $519.68 | $519.68 |
| --- | --- | --- | --- | --- |
| | **Pervis Smith**<br>**1713 E. 19th**<br>**Kansas City, MO 64109** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,142.76 | $1,142.76 |
| --- | --- | --- | --- | --- |
| | **Phranquee Jackson**<br>**1126 E Center St**<br>**Spanish Fork, UT 84660** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.45 | $436.45 |
| --- | --- | --- | --- | --- |
| | **Pornpan Trimble**<br>**1761 S 2350 W**<br>**West Haven, UT 84401** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,615.00 | $1,615.00 |
|---|---|---|---|---|

**Precious Enriquez**
**2908 Adams Ave**
**Ogden, UT 84403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Drivers LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,790.00 | $1,790.00 |
|---|---|---|---|---|

**Production LLC A Trius (Mark**
**Yaschik)**
**544 Manhattan Avenue**
**4C**
**Brooklyn, NY 11222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.75 | $36.75 |
|---|---|---|---|---|

**Promise Gomez**
**1550 S 1000 E**
**Apt 1105**
**Clearfield, UT 84015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,147.16 | $1,147.16 |
|---|---|---|---|---|

**Prudenciana Escalona**
**430 13st Apt 3**
**Ogden, UT 84401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
| --- | --- | --- | --- |

Name

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$965.76** | **$965.76** |
| --- | --- | --- | --- | --- |

**Quentin Atine**
**7940 S Main Street**
**Apt 20**
**Midvale, UT 84047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$534.60** | **$534.60** |
| --- | --- | --- | --- | --- |

**Quinshae Reid**
**3560 West Haven Apt M308**
**West Haven, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16.35** | **$16.35** |
| --- | --- | --- | --- | --- |

**Rachel Horrocks**
**340 S 300 E**
**Nephi, UT 84648**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,525.01** | **$2,525.01** |
| --- | --- | --- | --- | --- |

**Rachel Stoltzfus**
**357 Newburg Rd**
**Newburg, PA 17240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $632.72 | $632.72 |
|---|---|---|---|---|

**Rachel Thomas**
**371 E 200 S Apt 5**
**Provo, UT 84606**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,410.38 | $2,410.38 |
|---|---|---|---|---|

**RaeAnne Trujillo**
**139 S 100 W**
**Spanish Fork, UT 84660**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,313.92 | $1,313.92 |
|---|---|---|---|---|

**Rafael Herrera**
**3325 W Bradford Park Drive Apt 55**
**West Valey City, UT 84119**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $401.00 | $401.00 |
|---|---|---|---|---|

**Ramon Aguilar**
**2161 Reeves Ave**
**Ogden, UT 84401**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|

Name

---

| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.06 | $53.06 |
|---|---|---|---|---|

**Randy Rodriguez**
**1378 Freedom Blvd 200 apt 419**
**Provo, UT 84604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $391.50 | $391.50 |
|---|---|---|---|---|

**Randy Thornton**
**2445 S. Water Tower Way**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $687.30 | $687.30 |
|---|---|---|---|---|

**Ratnin Sato**
**3522 W 2670 S**
**Apt 2**
**West Valley, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.28 | $205.28 |
|---|---|---|---|---|

**Ray Stickley**
**607 Walnut Street Apt 1F**
**Williamsport, PA 17701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,978.83 | $1,978.83 |
|---|---|---|---|---|

**Raymon Garcia**
**1167 W 8830 S**
**South Jordan, UT 84088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)          ☐ Yes

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.75 | $332.75 |
|---|---|---|---|---|

**Raymond Faamoe**
**748 N 900 W**
**Rose Park, UT 84116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)          ☐ Yes

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,419.75 | $1,419.75 |
|---|---|---|---|---|

**Raymundo Solorzano**
**117 E 300 N Apt 117**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)          ☐ Yes

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.80 | $100.80 |
|---|---|---|---|---|

**Rebecca Benson**
**3056 W 600 S ST**
**Roy, UT 84067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)          ☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.45 | $114.45 |
| | **Rebekah Mueller** | Check all that apply. | | |
| | **888 S 400 W** | ☐ Contingent | | |
| | **Salt Lake City, UT 84101** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $712.50 | $712.50 |
| | **Redlyn Francis** | Check all that apply. | | |
| | **4516 S Tandamselonce** | ☐ Contingent | | |
| | **#B** | ☐ Unliquidated | | |
| | **Murray, UT 84107** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,139.40 | $2,139.40 |
| | **Ricardo Barba Contreras** | Check all that apply. | | |
| | **431 E 1600 S** | ☐ Contingent | | |
| | **Orem, UT 84058** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,206.76 | $2,206.76 |
| | **Ricardo DeJesus** | Check all that apply. | | |
| | **5592 S 3375 W** | ☐ Contingent | | |
| | **Roy, UT 84067** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.70 | $545.70 |
|---|---|---|---|---|

**Ricardo Gonzalez Balza**
**2143 N 220 E**
**Provo, UT 84604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $893.07 | $893.07 |
|---|---|---|---|---|

**Ricardo Lopez**
**2818 W 470 N**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,430.28 | $1,430.28 |
|---|---|---|---|---|

**Richard Anderson**
**637 S 500 W Apt**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,418.25 | $2,418.25 |
|---|---|---|---|---|

**Richard Bento**
**1694 N 1330 E apt 105**
**Payson, UT 84651**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,012.13** | **$2,012.13** |
|---|---|---|---|---|

**Richard Matthiesen**
**7439 W Laxey St**
**Magna, UT 84044**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,959.12** | **$1,959.12** |
|---|---|---|---|---|

**Richard Roach**
**1455 W 2250 S**
**West valley, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,662.09** | **$4,662.09** |
|---|---|---|---|---|

**Richard Walker**
**7315 S 2172 W**
**West Jordan, UT 84084**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$82.20** | **$82.20** |
|---|---|---|---|---|

**Richard Wiley**
**4399 S Wormwood Dr**
**West Valley, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,850.39 | $2,850.39 |
|---|---|---|---|---|

**Riley Stone**
**513 State Park Road**
**Newport, PA 17074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,003.61 | $1,003.61 |
|---|---|---|---|---|

**RNJR Niosamuch**
**1593 West Secret Garden H251**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|---|---|---|---|---|

**Robbin Harris**
**3366 Wyoming St**
**Kansas City, MO 64111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,318.39 | $1,318.39 |
|---|---|---|---|---|

**Robert Bringhurst**
**3213 Sunnyside Ave**
**Harrisburg, PA 17110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|

Name

---

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,445.45 | $2,445.45 |
|---|---|---|---|---|

**Robert Castro**
**5213 S 3760 W**
**Taylorsville, UT 84129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,493.52 | $1,493.52 |
|---|---|---|---|---|

**Robert Coffman**
**1747 S 900 W**
**Salt Lake City, UT 84104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.05 | $214.05 |
|---|---|---|---|---|

**Robert Martinez**
**1865 W Independence Blvd**
**Apt G**
**Salt Lake City, UT 84116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,654.80 | $1,654.80 |
|---|---|---|---|---|

**Rodger Gardner**
**1747 S 900 W**
**Salt Lake City, UT 84104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,335.21 | $1,335.21 |
|---|---|---|---|---|

**Rodolfo Valenton**
**481 Idaho Ave**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $493.50 | $493.50 |
|---|---|---|---|---|

**Rogelio Zavala**
**355 N Mill Rd**
**C203**
**Vineyard, UT 84059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,292.28 | $4,292.28 |
|---|---|---|---|---|

**Rory Warrender**
**7705 N Spruce Ave**
**Kansas City, MO 64119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Drivers LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.00 | $238.00 |
|---|---|---|---|---|

**Rosa Abrica**
**2305 W 710 N Apt 2305**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.00 | $575.00 |
|---|---|---|---|---|

**Rosalie Smith**
**6492 S 1040 W**
**Murray, UT 84123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $311.50 | $311.50 |
|---|---|---|---|---|

**Rose Durinvil**
**95 S 600 E**
**Apt 4**
**Provo, UT 84606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.49 | $204.49 |
|---|---|---|---|---|

**Rosetta Clark**
**2702 Peery 1 West**
**Kansas City, MO 64127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,121.31 | $1,121.31 |
|---|---|---|---|---|

**Rudy Vaiula**
**748 N 900 W #104**
**Salt Lake City, UT 84116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|--------|-------------------------------------|------------------------|--------------|
| | Name | | |

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.75 | $267.75 |
|-------|----------------------------------------------|------------------------------------------------|---------|---------|

**Ryan Mika**
**15 Parker Rd**
**Newville, PA 17241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.75 | $324.75 |
|-------|----------------------------------------------|------------------------------------------------|---------|---------|

**Ryan Stevenson**
**2245 Monroe Blvd #21**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.63 | $711.63 |
|-------|----------------------------------------------|------------------------------------------------|---------|---------|

**Ryan Taylor**
**4000 S Redwood Rd**
**2002A**
**Salt Lake City, UT 84123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $586.50 | $586.50 |
|-------|----------------------------------------------|------------------------------------------------|---------|---------|

**Saad Binkhalid**
**2949  S Lake Meadow Dr**
**West Valley City, UT 84120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $224.00 |
|---|---|---|---|---|

**Sabrina Silva**
**599 N 600 W Apt 5**
**Provo, UT 84601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,362.91 | $2,362.91 |
|---|---|---|---|---|

**Sagapolu Hokulani**
**2174 W. 700 S.**
**Marriott Slaterville, UT 84404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Samuel LeBaron**
**2146 W 1100 S**
**Syracuse, UT 84075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,708.94 | $2,708.94 |
|---|---|---|---|---|

**Sandra Sinai Peralta**
**7182 South Woodgreen Rd.**
**West Jordan, UT 84084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Drivers LLC** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,844.04 | $1,844.04 |
|---|---|---|---|---|

**Savannah Vanausdal**
**833 N 2400 W**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.62 | $269.62 |
|---|---|---|---|---|

**Sebastian Romero**
**8276 Westbury Dr.**
**Magna, UT 84044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.20 | $243.20 |
|---|---|---|---|---|

**Seini Wolfgramm**
**534 S 810 W #102**
**Pleasant Grove, UT 84062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $958.50 | $958.50 |
|---|---|---|---|---|

**Sergio Roberto De Souza**
**656 E 4300S**
**Ogden, UT 84403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.00 | $256.00 |
|---|---|---|---|---|

**Seth Williams**
**3047 W 3500 S**
**F6**
**West Valley, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.55 | $83.55 |
|---|---|---|---|---|

**Seven Shade**
**1322 Green Rd**
**Kaysville, UT 84037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,655.75 | $2,655.75 |
|---|---|---|---|---|

**Shaelynn Schafer**
**5701 W 11600 S**
**Payson, UT 84651**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.34 | $309.34 |
|---|---|---|---|---|

**Shalissia Prieto**
**170 S Bank Aye**
**South Salt Lake, UT 84115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,932.28 | $2,932.28 |
|---|---|---|---|---|

**Shane Bream**
**3 Cherry Lane**
**Carlisle, PA 17015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,019.73 | $1,019.73 |
|---|---|---|---|---|

**Shaun Konetsco**
**4 E Main St Apt 1**
**Newkingstown, PA 17027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.80 | $43.80 |
|---|---|---|---|---|

**Shawn Martin**
**2333 W N. Temple No. 304**
**Salt Lake City, UT 84116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,433.68 | $2,433.68 |
|---|---|---|---|---|

**Shawn Rouvre**
**160 E Chapel Ave**
**Carlisle, PA 17013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,142.07 | $1,142.07 |
|---|---|---|---|---|

**Shayne Salyer**
**5600 S 2824 W APT 2**
**Roy, UT 84067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,834.76 | $1,834.76 |
|---|---|---|---|---|

**Simon Chimal**
**4116 S 3220 W #4**
**West Valley, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,119.64 | $1,119.64 |
|---|---|---|---|---|

**Simon Jou Zhang**
**1200 N Terrace Drv #410**
**Provo, UT 84604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,424.27 | $3,424.27 |
|---|---|---|---|---|

**Simon Tomas**
**871 E Meadow Pine Ct**
**11**
**Salt Lake City, UT 84106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,501.52 | $1,501.52 |
|---|---|---|---|---|

**Skyler Black**
**1698 N 1125 W**
**Lehi, UT 84043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.87 | $269.87 |
|---|---|---|---|---|

**Smith Thes**
**885 N 500 W Apt 3**
**Provo, UT 84064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $620.10 | $620.10 |
|---|---|---|---|---|

**Spencer Bass**
**169 W 400 N**
**Apt 169**
**Clearfield, UT 84015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,401.38 | $2,401.38 |
|---|---|---|---|---|

**Spring Parker**
**787 E 2100 N**
**North Ogden, UT 84414**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,108.20 | $1,108.20 |
| --- | --- | --- | --- | --- |

**Stace Ivie**
**1945 W 200 S Apt 3**
**Lehi, UT 84043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,241.00 | $1,241.00 |
| --- | --- | --- | --- | --- |

**Stacy Fordham**
**390 W 400 S**
**Richfield, UT 84701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $657.00 | $657.00 |
| --- | --- | --- | --- | --- |

**Stacy Hernandez**
**2524 South Highland Drive**
**Salt Lake City, UT 84106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $678.03 | $678.03 |
| --- | --- | --- | --- | --- |

**Stacy Jacobsen**
**358 Bayside Dr.**
**Saratoga Springs, UT 84045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.623 | Priority creditor's name and mailing address<br>**Stephanie Gomez**<br>**4250 S 1000 W Apt 2**<br>**Riverdale, UT 84405** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$614.30** | **$614.30** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.624 | Priority creditor's name and mailing address<br>**Stephanie Lee**<br>**239 E 2450 S**<br>**Bountiful, UT 84010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$962.50** | **$962.50** |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.625 | Priority creditor's name and mailing address<br>**Stephen Shadrack**<br>**2174 S. 300 E.**<br>**10**<br>**Salt Lake City, UT 84115** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$696.96** | **$696.96** |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.626 | Priority creditor's name and mailing address<br>**Steven Jolley**<br>**2630 S 8900 W**<br>**Magna, UT 84044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,541.54** | **$1,541.54** |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Logistics Giving Resources, LLC | Case number (if known) | 22-20143 |
|---|---|---|---|
| | Name | | |

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,474.72 | $1,474.72 |
|---|---|---|---|---|
| | **Steven Parkinson** | *Check all that apply.* | | |
| | **999 S Campus Drive Apt 1210** | ☐ Contingent | | |
| | **Orem, UT 84058** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.00 | $469.00 |
|---|---|---|---|---|
| | **Sunny Mooney** | *Check all that apply.* | | |
| | **919 South Artistic Circle** | ☐ Contingent | | |
| | **Springville, UT 84663** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.28 | $269.28 |
|---|---|---|---|---|
| | **Suzana Li** | *Check all that apply.* | | |
| | **715 W Center Street** | ☐ Contingent | | |
| | **Provo, UT 84601** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|---|
| | **Systems LLC Strategic Business (Michael** | *Check all that apply.* | | |
| | **6300 Sagewood Rd Suite H373** | ☐ Contingent | | |
| | **Park City, UT 84098** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages - LG Benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| 2.631 | Priority creditor's name and mailing address<br>**Taj Isaiah**<br>**5346 Highland**<br>**Kansas City, MO 64110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$266.72** | **$266.72** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.632 | Priority creditor's name and mailing address<br>**Tamika Pledger**<br>**215 N 71st Street**<br>**Kansas City, KS 66112** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,593.61** | **$2,593.61** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.633 | Priority creditor's name and mailing address<br>**Tamridge Lewis**<br>**1148 Pheasant Drive North**<br>**Harrisburg, PA 17103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,517.84** | **$2,517.84** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Hires LLC** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.634 | Priority creditor's name and mailing address<br>**Tanaisha Thomas**<br>**1101 Market Street Apt 306B-1**<br>**Harrisburg, PA 17103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,092.53** | **$1,092.53** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Hires LLC** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 2.635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $731.55 | $731.55 |
|---|---|---|---|---|

**Tania Perez**
**1065 Wall Avenue Apt 74G**
**Ogden, UT 84404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $333.75 | $333.75 |
|---|---|---|---|---|

**Tanika Lobato**
**285 N 590 E**
**Apt 202**
**Vineyard, UT 84059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.30 | $134.30 |
|---|---|---|---|---|

**Tara Campbell**
**1353 Liberty Ave**
**Ogden, UT 84404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.11 | $500.11 |
|---|---|---|---|---|

**Tasha Sam**
**3235 Lincoln Ave**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.639 | Priority creditor's name and mailing address **Tera Rose** **17635 62ND N** **Loxahatchee, FL 33470** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,415.07** | **$1,415.07** |
| | Date or dates debt was incurred **1/-/2022** | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.640 | Priority creditor's name and mailing address **Terny Niosamuch** **1593 Secret Garden Pl** **Unit H Apt 251** **Salt Lake City, UT 84101** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,376.41** | **$1,376.41** |
| | Date or dates debt was incurred **1/-/2022** | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.641 | Priority creditor's name and mailing address **Tevita Masiva** **1219 W. Araphoe Avenue** **Salt Lake City, UT 84104** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$238.50** | **$238.50** |
| | Date or dates debt was incurred **1/-/2022** | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.642 | Priority creditor's name and mailing address **Thawng Zam** **1037 W State Cir** **Salt Lake City, UT 84104** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,770.00** | **$1,770.00** |
| | Date or dates debt was incurred **1/-/2022** | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.70 | $14.70 |
|---|---|---|---|---|
| | **Thea Barry** | Check all that apply. | | |
| | **1551 West Riverdale Rd Apt E6** | ☐ Contingent | | |
| | **Riverdale, UT 84405** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,805.58 | $1,805.58 |
|---|---|---|---|---|
| | **Theresa Grace** | Check all that apply. | | |
| | **1575 N 300 W** | ☐ Contingent | | |
| | **Lehi, UT 84043** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,449.52 | $1,449.52 |
|---|---|---|---|---|
| | **Thomas Borders** | Check all that apply. | | |
| | **329 Juniper St** | ☐ Contingent | | |
| | **Carlisle, PA 17013** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Hires LLC** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,406.82 | $1,406.82 |
|---|---|---|---|---|
| | **Tiara Burton** | Check all that apply. | | |
| | **3403 S Melanie Cove** | ☐ Contingent | | |
| | **Magna, UT 84044** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,502.78** | **$2,502.78** |
|---|---|---|---|---|
| | **Tiffany Shickley**<br>**1012 Pecks Rd Apt 2**<br>**Middletown, PA 17057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Hires LLC** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,484.78** | **$2,484.78** |
|---|---|---|---|---|
| | **Timir Brownlee**<br>**220 Marion Ave**<br>**Carlisle, PA 17013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Hires LLC** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$499.47** | **$499.47** |
|---|---|---|---|---|
| | **Timothy Thomas**<br>**3250 W 3100 S**<br>**West Valley, UT 84119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,085.57** | **$2,085.57** |
|---|---|---|---|---|
| | **Tojio Ketton**<br>**1616 West Vivante Way**<br>**Unit 5**<br>**West Valley City, UT 84119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Tony Armstrong**
**5431 Forest**
**Kansas City, MO 64110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,720.63 | $2,720.63 |
|---|---|---|---|---|

**Travis Mcbride**
**5037 Brimley Way**
**Taylorsville, UT 84129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,842.75 | $1,842.75 |
|---|---|---|---|---|

**Trell Ramsey**
**5642 Farrow Ave**
**Kansas City, KS 66104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,109.79 | $4,109.79 |
|---|---|---|---|---|

**Trevor Morin**
**2823 W 2175 N**
**Clinton, UT 84015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/-/2022** | **Wages - LG Drivers LLC** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Logistics Giving Resources, LLC | Case number (if known) | 22-20143 |
| --- | --- | --- | --- |

Name

---

| 2.655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,694.36 | $1,694.36 |
| --- | --- | --- | --- | --- |

**Trevor Viphongsay**
**2738 S 3145 W**
**West Valley City, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,750.00 | $6,750.00 |
| --- | --- | --- | --- | --- |

**Troy Hyde**
**733 North King Street**
**# 112**
**Layton, UT 84041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - Logistics Giving Resources and LG Drivers LLC**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,471.58 | $2,471.58 |
| --- | --- | --- | --- | --- |

**Tyler Clark**
**20 W Main Street Box 695**
**New Bloomfield, PA 17068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,223.64 | $1,223.64 |
| --- | --- | --- | --- | --- |

**Tyler Packer**
**1220 N Porter Ave**
**Ogden, UT 84404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|--------|-------------------------------------|------------------------|--------------|
| | Name | | |

| 2.659 | Priority creditor's name and mailing address<br>**Tyler Riggs**<br>**802 32nd Street**<br>**Ogden, UT 84403** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$557.73** | **$557.73** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.660 | Priority creditor's name and mailing address<br>**Tyler Walters**<br>**112 Allegheny Ln**<br>**Carlisle, PA 17013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,939.78** | **$2,939.78** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages - LG Hires LLC** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.661 | Priority creditor's name and mailing address<br>**Tyrese Lloyd**<br>**3224 Quincy Drive**<br>**Apt. 4**<br>**Kansas City, MO 64128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,249.59** | **$1,249.59** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.662 | Priority creditor's name and mailing address<br>**Tyriece Graddy**<br>**1159 Gold Stone Drive**<br>**South Jordan, UT 84009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$469.80** | **$469.80** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/-/2022** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|--------|--------|--------|--------|--------|
| | Name | | | |

---

| 2.663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,664.00 | $1,664.00 |
|---|---|---|---|---|

**Tyrone Head**
**5132 Leavenworth Rd. Apt F**
**Kansas City, KS 66102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $994.17 | $994.17 |
|---|---|---|---|---|

**Tyshaun Munoz**
**324 5th Street**
**Newcumberland, PA 17070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,462.58 | $1,462.58 |
|---|---|---|---|---|

**Uriah Bullock**
**1484 S 13th st**
**Harrisburg, PA 17104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**Uriah Teo**
**9979 S Albury Rd**
**Sandy, UT 84092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|--------|--------------------------------------|--|------------------------|--------------|
| | Name | | | |

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,314.08 | $2,314.08 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Vagner Lencina**
**5039 W Stocking Lane**
**Herriman, UT 84096**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $421.05 | $421.05 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Vanessa Rader**
**285 13th St**
**Ogden, UT 84404**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $491.53 | $491.53 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Vanessa Vargas**
**3235 Lincoln Ave #3235**
**Ogden, UT 84401**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |
|-------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Velman Roach**
**2609 Green Street Apt A**
**Harrisburg, PA 17110**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

**Vera Zelkina**
**191 Maplewood Road**
**Bogota, NJ 07603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,287.75 | $1,287.75 |
|---|---|---|---|---|

**Veronica Chavez**
**156 E Lebanke Avenue #156**
**Salt Lake City, UT 84115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,812.36 | $2,812.36 |
|---|---|---|---|---|

**Vicente Gonzalez**
**1009 S Freedom BLVD**
**Provo, UT 84601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $638.55 | $638.55 |
|---|---|---|---|---|

**Vidhi Chaudhari**
**2983 Washington Blvd**
**Ogden, UT 84401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.55 | $125.55 |
|---|---|---|---|---|

**Viktoriya Nikulina**
**2276 Washington Blvd Apt 603**
**Ogden, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,032.00 | $3,032.00 |
|---|---|---|---|---|

**Vincent Bath**
**3298 Lower Newark Lane**
**West Jordan, UT 84088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,936.28 | $2,936.28 |
|---|---|---|---|---|

**Virginia Zevallos**
**5439 Paulette Ave**
**West Valley City, UT 84120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,745.42 | $2,745.42 |
|---|---|---|---|---|

**Viviana Abreu**
**1550 Williams Grove Rd. Lot 156**
**Mechanichsburg, PA 17055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,511.47 | $1,511.47 |
|---|---|---|---|---|

**Waleska Guadalupe**
**420 N Front St**
**Steelton, PA 17113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,681.32 | $1,681.32 |
|---|---|---|---|---|

**Whyatt Hamilton**
**2268 W 5600 S Apt. A**
**Roy, UT 84067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,378.26 | $1,378.26 |
|---|---|---|---|---|

**William Heath**
**1058 S Jefferson St**
**Salt Lake City, UT 84101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |
|---|---|---|---|---|

**William Livingston**
**12736 New Jersey CT**
**Kansas City, KS 66109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | | Case number (if known) | **22-20143** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,634.52 | $1,634.52 |
| | **William Masima** | *Check all that apply.* | | |
| | **1572 E. 1180 S.** | ☐ Contingent | | |
| | **Spanish Fork, UT 84660** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.00 | $252.00 |
| | **William Perez** | *Check all that apply.* | | |
| | **4568 S. 1675 W.** | ☐ Contingent | | |
| | **4568** | ☐ Unliquidated | | |
| | **Roy, UT 84067** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,310.52 | $1,310.52 |
| | **Yabusthus Soma** | *Check all that apply.* | | |
| | **3185 S Matisse Ln #17** | ☐ Contingent | | |
| | **West Valley, UT 84119** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $981.21 | $981.21 |
| | **Yahaira Magana** | *Check all that apply.* | | |
| | **3531 Liberty Avenue** | ☐ Contingent | | |
| | **Ogden, UT 84403** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/-/2022** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,573.22 | $1,573.22 |
|---|---|---|---|---|

**Yannyra Sanchez**
**575 S Freedom Blvd Apt 125**
**Provo, UT 84601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,291.22 | $2,291.22 |
|---|---|---|---|---|

**Yarely Covarrubias**
**3830 S Canyon River Way**
**Unit 1**
**South Salt Lake, UT 84119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|---|

**Yazmin Robles**
**1777 Lincoln Ave**
**Ogden, UT 84404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,562.50 | $2,562.50 |
|---|---|---|---|---|

**Yizalie Lopez**
**1550 Williams Grove Rd**
**Lot 101**
**Mechanicsburg, PA 17055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|

Name

---

| 2.691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,418.38 | $2,418.38 |

**Yohanna Cruz**
**1008 N 19th St**
**Harrisburg, PA 17103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,456.92 | $1,456.92 |

**Yoleima Gomez-Pichardo**
**1319 W 1520 N**
**Apt 1319**
**Orem, UT 84057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $301.00 | $301.00 |

**Zachary Prigmore**
**2855 Adams Ave Apt 7**
**Ogden, UT 84405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.50 | $331.50 |

**Zachary Shull**
**24 Old Trail Road**
**Duncannon, PA 17020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages - LG Hires LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,427.64 | $2,427.64 |
|---|---|---|---|---|

**Zekeriya Kaya**
**1602 N 550 W**
**Clinton, UT 84015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/-/2022**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Activ8 Health LLC**
**c/o Rachel Hirsch**
**1432 Laurel Avenue**
**St. Paul, MN 55104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Live Life Healthy - Prepaid Benefit Plan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Administrative Office of Court**
**450 South State Street**
**PO Box 140241**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Background Checks**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ADP**
**PO Box 842875**
**Boston, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Incoming Tax Creditors WOTC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,903.79 |
|---|---|---|---|

**American Express**
P.O. Box 650448
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Credit Card**

Last 4 digits of account number **3000**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Capital Premium Financing**
**12235 S. 800 E.**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Liability Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Comcast**
**PO Box 34744**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gold Cup Services**
**145 West Crystal Avenue**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,851,500.00** |
|---|---|---|---|

**Harvest Small Business Finance, LLC**
**24422 Avenida De La Carlota**
**Suite 232**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **PPP - SBA Loan**

Last 4 digits of account number **8509**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Indeed**
**6433 Champion Grandview Way Building 1**
**Austin, TX 78750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Intermountain WorkMed**
**PO Box 30180**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jivaro Digital, LLC**
**6545 Market Avenue North**
**Suite 100**
**North Canton, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **ULink Software License**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jive**
**Dept. Ch 19606**
**Palatine, IL 60055-9606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Telephones**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mount Olympus Water**
**1825 S 3730 W**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**New Benefits**
**14240 Proton Rd.**
**Dallas, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Ancillary Benefits

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ogden Weber Chamber**
**2380 Washington Blvd.**
**Suite 290**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Provo City Utilities**
**351 W. Center Street**
**Suite 290**
**Provo, UT 84601-4338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

Reliant/Creditors Relief
412 North Cedar Bluff Road
Suite 400
Knoxville, TN 37923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Debt Relief Program

Last 4 digits of account number  8235

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rocky Mountain Power**
**PO Box 26000**
**Portland, OR 97256-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Santoni**
**20322 Windrow Drive**
**#200**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Out of State Background Checks

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address

**Spectrum**
**9225 Indian Creek Pkwy**
**Overland Park, KS 66210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.21** | Nonpriority creditor's name and mailing address

**Swipe Clock**
**10644 Jordan Gateway**
**Suite 400**
**South Jordan, UT 84095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Time Tracking**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.22** | Nonpriority creditor's name and mailing address

**Tax Credit Co.**
**6255 Sunset Blvd**
**Suite 2200**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **More WOTC Credits**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.23** | Nonpriority creditor's name and mailing address

**Tempworks**
**3140 Neil Armstrong Blvd.**
**Suite 205**
**Eagan, MN 55121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CRM**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.24** | Nonpriority creditor's name and mailing address

**Water Logic**
**PO Box 677867**
**Dallas, TX 75267**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.25** | Nonpriority creditor's name and mailing address

**Wells Fargo Bank**
**PO Box 29482**
**Phoenix, AZ 85038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.26** | Nonpriority creditor's name and mailing address

**Zip Recuiter**
**604 Arizona Ave**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

---

| Debtor | **Logistics Giving Resources, LLC** | Case number (if known) | **22-20143** |
|--------|-------------------------------------|------------------------|--------------|
|        | Name                                |                        |              |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
|                          |                                                                           |                                         |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. $ | 933,215.36 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,954,403.79 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,887,619.15 |

**Fill in this information to identify the case:**

Debtor name  **Logistics Giving Resources, LLC**

United States Bankruptcy Court for the:  **DISTRICT OF UTAH**

Case number (if known)  **22-20143**

■ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other | **$612,610.00** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  **LG Drivers LLC** | **$0.00** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  **LG Hires, LLC** | **$58,626.00** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$14,906,057.00** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>■ Other  **LG Drivers LLC** | **$107,258.00** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>■ Other  **LG Hires, LLC** | **$844,462.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$11,541,295.00** |

Debtor   **Logistics Giving Resources, LLC**                                    Case number *(if known)* **22-20143**

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>■ Other **LG Drivers LLC** | **$407,633.00** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>■ Other **LG Hires, LLC** | **$629,512.00** |
| **For the fiscal year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$11,679,465.00** |
| **For the fiscal year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>■ Other **LG Drivers LLC** | **$1,366,848.00** |
| **For the fiscal year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>■ Other **LG Hires, LLC** | **$114,933.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **American Express<br>200 Vesey Street<br>New York, NY 10285-3106** | **11/30/2021,<br>1/5/2022** | **$37,992.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Avance Health<br>513 Central Ave<br>Suite 500<br>Highland Park, IL 60035** | **11/2/2021,<br>12/6/2021,<br>12/13/2021<br>and<br>12/13/2021** | **$28,279.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Logistics Giving Resources, LLC**                                    Case number *(if known)*  **22-20143**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.3. **Beehive Insurance**<br>**302 West 5400 South**<br>**Suite 101**<br>**Murray, UT 84107** | **10/26/2021** | **$18,423.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **BlueBridge Capital**<br>**570 Eastern Parkway**<br>**Brooklyn, NY 11216** | **12/2/2021 -**<br>**12/31/2021** | **$57,461.59** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Breakout Capital**<br>**1451 Dolley Blvd.**<br>**Suite 200**<br>**McLean, VA 22101** | **10/14/2021 -**<br>**12/28/2021** | **$506,829.77** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Brickstone Group**<br>**600 N. Broad Street**<br>**Suite 5**<br>**Middletown, DE 19709** | **1/5/2022,**<br>**1/6/2022** | **$7,495.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Capital Funding**<br>**12235 S. 800 E.**<br>**Draper, UT 84020** | **12/14/2021** | **$140,531.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Capital Premium Financing**<br>**12235 S. 800 E.**<br>**Draper, UT 84020** | **11/17/2021** | **$5,478.59** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Delta Bridge**<br>**18851 NE 29th Ave**<br>**Suite 700**<br>**Aventura, FL 33180** | **10-29-21 -**<br>**12/1/2021** | **$147,555.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Delta Bridge a/k/a**<br>**Unique Funding Solutions LLC** |
| 3.10. **Diverse Capital**<br>**243 Tresser Blvd. 17th Floor**<br>**Stamford, CT 6901** | **12/30/2021,**<br>**12/31/21 and**<br>**1/3/2022** | **$16,863.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Logistics Giving Resources, LLC**                                    Case number *(if known)*  **22-20143**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.11<br>. | **Elysian Healthcare**<br>5012 Blackjack Dr.<br>Franklin, TN 37067 | **10/22/2021 -<br>12/31/2021** | **$653,600.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12<br>. | **Everest Business Funding**<br>8200 NW 52nd Terrace 2nd Floor<br>Doral, FL 33166 | **10/14/2021 -<br>1/3/2022** | **$66,733.52** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>. | **Fundbox**<br>6900 Dallas Parkway<br>Suite 700<br>Plano, TX 75024 | **10/14/2021 -<br>12/30/2021** | **$39,425.42** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>. | **Ignite Spot**<br>1188 Sportsplex Dr.<br>#203<br>Kaysville, UT 84037 | **10/25/2021 -<br>1/5/2022** | **$8,140.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15<br>. | **Image Capital Funding**<br>254 36th Street BLDG. 2<br>Brooklyn, NY 11232 | **12/1/2021<br>-12/15/2021** | **$51,528.07** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>. | **Indeed**<br>6433 Champion Grandview Way<br>Building 1<br>Austin, TX 78750 | **10/15/2021 -<br>1/3/2022** | **$13,357.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17<br>. | **Lifetime Funding**<br>585 Stewart Ave<br>Suite L90<br>Garden City, NY 11530 | **12/2/2021 -<br>01/03/2022** | **$70,453.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18<br>. | **PA Rent**<br>3300 Hartzdale Dr.<br>#114<br>Camp Hill, PA 17011 | **11/3/2021 -<br>2/3/2022** | **$7,119.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |

<span style="color:red">Lindquist Mortuary - Removed - Included in SOFA Question 4.</span>

| Debtor | **Logistics Giving Resources, LLC** | Case number *(if known)* | **22-20143** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.19. **Pinhook Capital**<br>3411 Ave K<br>Brooklyn, NY 11210 | 12/17/2021 -<br>1/3/2022 | $53,964.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **Quality Payroll**<br>9500 S. 500 W. STE 213<br>Sandy, UT 84070 | 10/15/2021 -<br>01/10/2022 | $1,886,270.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. **Ram**<br>9981 NW 45th St.<br>Coral Springs, FL 33065 | 10/15/2021 -<br>1/7/2022 | $35,394.58 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Roc Funding**<br>1457 Richmond Rd.<br>Staten Island, NY 10304 | 10/14/2021 -<br>1/4/2022 | $81,560.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **Tempworks**<br>3140 Neil Armstrong Blvd.<br>Suite 205<br>Eagan, MN 55121 | 10/25/2021 | $12,087.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.24. **West Valley Rent**<br>2250 S. Redwood Rd.<br>Suite 1<br>West Valley, UT 84119 | 11/2/2022 -<br>2/2/2022 | $7,476.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.25. **Ziprecruiter**<br>604 Arizona Ave<br>Santa Monica, CA 90401 | 11/19/2021 -<br>12/20-2021 | $9,002.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Logistics Giving Resources, LLC** | Case number *(if known)* | **22-20143** |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Troy Hyde**<br>**6043 Stampede Lane**<br>**Morgan, UT 84050**<br>**Owner** | **See attached Exhibit "Statement of Financial Affairs, Question 4: Payments or other transfers of property Made within 1 year before filing this case that benefited any insider"** | **$474,642.57**<br>**(Net of Owner Contributions)** | **Owner Draw** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Pinhook Capital LLC v. Debtor and Troy Vaughn Hyde**<br>**600210/2022** | **Order to Show Cause for Preliminary Injunction with Temporary Restraining Order** | **Supreme Court of the State of New York**<br>**Nassau County Clerk**<br>**100 Supreme Court Drive**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

| Debtor | **Logistics Giving Resources, LLC** | Case number *(if known)* | **22-20143** |
|---|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cohne Kinghorn, P.C.** **111 E Broadway, 11th Floor** **Salt Lake City, UT 84111** | | **01/13/2022** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Troy Hyde, Owner of Debtor** | | | |
| 11.2. | **Rocky Mountain Advisory LLC** **215 S State St #550** **Salt Lake City, UT 84111** | | **01/13/2022** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Troy Hyde, Owner of Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

| Debtor | **Logistics Giving Resources, LLC** | Case number *(if known)*  **22-20143** |
|---|---|---|

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Troy Hyde** **6043 Stampede Lane** **Morgan, UT 84050** | **See attached Exhibit "Statement of Financial Affairs, Question 13: Transfers not already listed on this statement"** | | **$971,940.97** |
| | **Relationship to debtor** **Owner** | | | **(Net of Owner Contributions)** |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

    **Names, Addresses and SSNs**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

| Debtor | **Logistics Giving Resources, LLC** | Case number *(if known)* | **22-20143** |
|---|---|---|---|

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Logistics Giving Resources, LLC** | | Case number *(if known)* | **22-20143** |
| --- | --- | --- | --- | --- |

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |
| 25.1. **LG Hires LLC** **733 North King Street, #112** **Layton, UT 84041** | **Staffing Agency** | EIN:   **47-2970714** From-To   **01/22/2015 to present** |
| 25.2. **LG Drivers, LLC** **733 North King Street, #112** **Layton, UT 84041** | **Staffing Agency** | EIN:   **46-1336731** From-To   **10/31/2012 to present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1. **Ignite Spot Accounting** **1188 Sportsplex Drive #203** **Kaysville, UT 84037** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Logistics Giving Resources, LLC** | Case number *(if known)* | **22-20143** |
|---|---|---|---|

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Ignite Spot Accounting**<br>**1188 Sportsplex Drive #203**<br>**Kaysville, UT 84037** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Troy Hyde** | **6043 Stampede Lane**<br>**Morgan, UT 84050** | **Owner of Debtor, LG Hires LLC and LG Drivers, LLC** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Troy Hyde**<br>. **6043 Stampede Lane**<br>**Morgan, UT 84050** | **$4,500/week** | **Weekly** | **Salary** |
| **Relationship to debtor**<br>**Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Logistics Giving Resources, LLC**                              Case number *(if known)*  **22-20143**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Logistics Giving Resources, LLC** | Case number *(if known)* **22-20143** |

---

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  3, 2022**

**/s/ Troy Vaughn Hyde**                                              **Troy Vaughn Hyde**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Logistics Giving Resources, LLC, et al.**
**Statement of Financial Affairs, Question 4: Payments or other transfers of property**
**Made within 1 year before filing this case that benefited any insider**

| Date | Insider's Name and address Relationship to Debtor | Total Amount Or Value | Reason for Payment or Transfer |
|---|---|---|---|
| 01/20/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 3,000.00 | Owner Draw |
| 02/02/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,782.50 | Owner Draw |
| 02/16/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 10,000.00 | Owner Draw |
| 03/03/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (1,500.00) | Owner Contribution/Deposit |
| 03/04/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 50,000.00 | Owner Draw |
| 03/05/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,852.50 | Owner Draw |
| 04/02/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,832.50 | Owner Draw |
| 04/09/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 50,000.00 | Owner Draw |
| 04/12/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 25,000.00 | Owner Draw |
| 05/03/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,832.50 | Owner Draw |
| 05/03/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (20.00) | Owner Contribution/Deposit |
| 05/06/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 50,000.00 | Owner Draw |
| 05/13/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 50,000.00 | Owner Draw |
| 05/17/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 8,012.00 | Owner Draw |

**Logistics Giving Resources, LLC, et al.**
**Statement of Financial Affairs, Question 4: Payments or other transfers of property**
**Made within 1 year before filing this case that benefited any insider**

| Date | Insider's Name and address Relationship to Debtor | Total Amount Or Value | Reason for Payment or Transfer |
|---|---|---|---|
| 05/28/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 25,000.00 | Owner Draw |
| 06/02/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,832.50 | Owner Draw |
| 06/14/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 200.00 | Owner Draw |
| 06/17/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 8,012.00 | Owner Draw |
| 06/23/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 299,902.41 | Owner Draw |
| 06/29/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 30,000.00 | Owner Draw |
| 07/01/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (50.00) | Owner Contribution/Deposit |
| 07/02/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,832.50 | Owner Draw |
| 07/12/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,882.20 | Owner Draw |
| 07/13/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 1,003.42 | Owner Draw |
| 07/14/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 1,526.42 | Owner Draw |
| 07/20/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 8,012.00 | Owner Draw |
| 7/30/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (5,000.00) | Owner Contribution/Deposit |
| 08/02/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 40,000.00 | Owner Draw |

**Logistics Giving Resources, LLC, et al.**
**Statement of Financial Affairs, Question 4: Payments or other transfers of property**
**Made within 1 year before filing this case that benefited any insider**

| Date | Insider's Name and address Relationship to Debtor | Total Amount Or Value | Reason for Payment or Transfer |
|---|---|---|---|
| 08/02/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,832.50 | Owner Draw |
| 08/03/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 5,604.28 | Owner Draw |
| 8/5/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (13,500.00) | Owner Contribution/Deposit |
| 8/5/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (20,000.00) | Owner Contribution/Deposit |
| 08/06/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 65,000.00 | Owner Draw |
| 08/10/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 10,000.00 | Owner Draw |
| 08/11/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 278.00 | Owner Draw |
| 08/24/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 8,012.00 | Owner Draw |
| 09/02/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,832.50 | Owner Draw |
| 09/03/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 5,604.28 | Owner Draw |
| 09/14/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (65,000.00) | Owner Contribution/Deposit |
| 9/14/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (50,000.00) | Owner Contribution/Deposit |
| 09/16/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 5,000.00 | Owner Draw |
| 09/20/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 3,000.00 | Owner Draw |

**Logistics Giving Resources, LLC, et al.**
**Statement of Financial Affairs, Question 4: Payments or other transfers of property**
**Made within 1 year before filing this case that benefited any insider**

| Date | Insider's Name and address Relationship to Debtor | Total Amount Or Value | Reason for Payment or Transfer |
|---|---|---|---|
| 10/04/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,832.50 | Owner Draw |
| 10/06/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 1,000.00 | Owner Draw |
| 10/07/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 50,000.00 | Owner Draw |
| 10/08/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 1,000.00 | Owner Draw |
| 10/14/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 8,000.00 | Owner Draw |
| 10/19/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 5,604.28 | Owner Draw |
| 10/21/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 3,000.00 | Owner Draw |
| 11/02/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,832.50 | Owner Draw |
| 11/16/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,000.00 | Owner Draw |
| 11/29/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (10,000.00) | Owner Contribution/Deposit |
| 12/01/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 7,000.00 | Owner Draw |
| 12/02/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,820.00 | Owner Draw |
| 12/03/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 5,604.28 | Owner Draw |
| 12/09/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 10,000.00 | Owner Draw |

**Logistics Giving Resources, LLC, et al.**
**Statement of Financial Affairs, Question 4: Payments or other transfers of property**
**Made within 1 year before filing this case that benefited any insider**

| Date | Insider's Name and address Relationship to Debtor | Total Amount Or Value | Reason for Payment or Transfer |
|---|---|---:|---|
| 12/14/2021 | Troy Hyde 6043 Stampede Lane, Morgan, UT 84050 Owner | (225,500.00) | Owner Contribution/Deposit |
| 12/17/2021 | Troy Hyde 6043 Stampede Lane, Morgan, UT 84050 Owner | (19,000.00) | Owner Contribution/Deposit |
| 12/21/2021 | Troy Hyde 6043 Stampede Lane, Morgan, UT 84050 Owner | 3,000.00 | Owner Draw |
| 12/23/2021 | Troy Hyde 6043 Stampede Lane, Morgan, UT 84050 Owner | 3,000.00 | Owner Draw |
| 12/28/2021 | Troy Hyde 6043 Stampede Lane, Morgan, UT 84050 Owner | (3,000.00) | Owner Contribution/Deposit |
| 12/31/2021 | Troy Hyde 6043 Stampede Lane, Morgan, UT 84050 Owner | - | Journal |
| 01/03/2022 | Troy Hyde 6043 Stampede Lane, Morgan, UT 84050 Owner | 2,820.00 | Owner Draw |
| 01/03/2022 | Troy Hyde 6043 Stampede Lane, Morgan, UT 84050 Owner | (15,000.00) | Owner Contribution/Deposit |
| 1/5/2022 | Troy Hyde 6043 Stampede Lane, Morgan, UT 84050 Owner | (1,000.00) | Owner Contribution/Deposit |
| 1/7/2022 | Troy Hyde 6043 Stampede Lane, Morgan, UT 84050 Owner | (3,000.00) | Owner Contribution/Deposit |
| 01/12/2022 | Troy Hyde 6043 Stampede Lane, Morgan, UT 84050 Owner | 20.00 | Owner Draw |
| 01/13/2022 | Troy Hyde 6043 Stampede Lane, Morgan, UT 84050 Owner | 8,000.00 | Owner Draw |

| | | |
|---|---:|---|
| **Total Owner Draws** | **$ 906,212.57** | |
| **Total Owner Contributions/Deposits** | **(431,570.00)** | |
| **Net Owner Draws** | **$ 474,642.57** | |

**Logistics Giving Resources, LLC, et al.**
**Statement of Financial Affairs, Question 13: Transfers not already listed on this statement**

| Date | Insider's Name and address<br>Relationship to Debtor | Total Amount<br>Or Value | Reason for Payment or Transfer |
|---|---|---|---|
| 01/16/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,000.00 | Owner Draw |
| 01/17/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 01/19/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 10.70 | Owner Draw |
| 02/03/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 3,000.00 | Owner Draw |
| 02/07/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 10,000.00 | Owner Draw |
| 02/12/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 203.00 | Owner Draw |
| 02/12/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 20,000.00 | Owner Draw |
| 02/14/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 10,000.00 | Owner Draw |
| 02/14/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 02/19/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 100.00 | Owner Draw |
| 02/21/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 02/24/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 7,000.00 | Owner Draw |
| 03/02/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 11,000.00 | Owner Draw |
| 03/02/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 11,000.00 | Owner Draw |

**Logistics Giving Resources, LLC, et al.**
**Statement of Financial Affairs, Question 13: Transfers not already listed on this statement**

| Date | Insider's Name and address Relationship to Debtor | Total Amount Or Value | Reason for Payment or Transfer |
|---|---|---|---|
| 03/04/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 52,000.00 | Owner Draw |
| 03/06/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 03/09/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 203.00 | Owner Draw |
| 03/12/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 100,000.00 | Owner Draw |
| 03/16/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 03/20/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 03/27/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 04/01/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (10,000.00) | Owner Contribution/Deposit |
| 04/06/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 04/10/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 04/17/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 04/24/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 04/27/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (4,000.00) | Owner Contribution/Deposit |
| 04/27/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (3,000.00) | Owner Contribution/Deposit |

**Logistics Giving Resources, LLC, et al.**
**Statement of Financial Affairs, Question 13: Transfers not already listed on this statement**

| Date | Insider's Name and address Relationship to Debtor | Total Amount Or Value | Reason for Payment or Transfer |
|---|---|---|---|
| 04/28/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (10,000.00) | Owner Contribution/Deposit |
| 05/01/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 05/03/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 79.00 | Owner Draw |
| 05/04/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 10,000.00 | Owner Draw |
| 05/04/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 588.73 | Owner Draw |
| 05/05/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 100,000.00 | Owner Draw |
| 05/08/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 700.00 | Owner Draw |
| 05/13/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 250,000.00 | Owner Draw |
| 05/13/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 1,000.00 | Owner Draw |
| 05/15/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 05/15/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 5,000.00 | Owner Draw |
| 05/17/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 80,000.00 | Owner Draw |
| 05/18/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 9,891.29 | Owner Draw |
| 05/19/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 100,000.00 | Owner Draw |

**Logistics Giving Resources, LLC, et al.**
**Statement of Financial Affairs, Question 13: Transfers not already listed on this statement**

| Date | Insider's Name and address Relationship to Debtor | Total Amount Or Value | Reason for Payment or Transfer |
|------|---------------------------------------------------|----------------------|-------------------------------|
| 05/22/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 05/29/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 06/01/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 6,195.90 | Owner Draw |
| 06/08/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 7,000.00 | Owner Draw |
| 06/09/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 06/10/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 257.00 | Owner Draw |
| 07/06/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 140,000.00 | Owner Draw |
| 07/09/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 07/13/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 17,085.95 | Owner Draw |
| 07/24/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 09/04/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 300.00 | Owner Draw |
| 09/11/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 1,000.00 | Owner Draw |
| 09/21/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (500.00) | Owner Contribution/Deposit |
| 09/28/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 15,807.89 | Owner Draw |

**Logistics Giving Resources, LLC, et al.**
**Statement of Financial Affairs, Question 13: Transfers not already listed on this statement**

| Date | Insider's Name and address Relationship to Debtor | Total Amount Or Value | Reason for Payment or Transfer |
|---|---|---|---|
| 10/05/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 5,157.89 | Owner Draw |
| 10/13/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 410.42 | Owner Draw |
| 10/14/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 20,000.00 | Owner Draw |
| 11/09/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 34.56 | Owner Draw |
| 11/16/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 5,157.89 | Owner Draw |
| 11/17/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (25.50) | Owner Contribution/Deposit |
| 11/23/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (10.00) | Owner Contribution/Deposit |
| 11/30/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 735.74 | Owner Draw |
| 12/03/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,000.00 | Owner Draw |
| 12/08/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 84.73 | Owner Draw |
| 12/14/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 5,157.89 | Owner Draw |
| 12/14/2020 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 3,000.00 | Owner Draw |
| 01/01/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (25,000.00) | Owner Contribution/Deposit |
| 01/04/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 2,776.50 | Owner Draw |

**Logistics Giving Resources, LLC, et al.**
**Statement of Financial Affairs, Question 13: Transfers not already listed on this statement**

| Date | Insider's Name and address<br>Relationship to Debtor | Total Amount<br>Or Value | Reason for Payment or Transfer |
|---|---|---|---|
| 01/04/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (20.00) | Owner Contribution/Deposit |
| 01/06/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 1,000.00 | Owner Draw |
| 01/11/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | (3,000.00) | Owner Contribution/Deposit |
| 01/14/2021 | Troy Hyde<br>6043 Stampede Lane, Morgan, UT 84050<br>Owner | 5,157.89 | Owner Draw |

| | |
|---|---|
| **Total Owner Draws** | **$ 1,027,495.97** |
| **Total Owner Contributions/Deposits** | **(55,555.50)** |
| **Net Owner Draws** | **$   971,940.47** |

# United States Bankruptcy Court
## District of Utah

In re    **Logistics Giving Resources, LLC**                                  Case No.    **22-20143**
                                            Debtor(s)                              Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **Amended Summary of Assets and Liabilities for Non-Individuals, Amended Schedules A/B, D, E/F, Amended Statement of Financial Affairs and Amended Verification of Creditor Matrix**, consisting of **221** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 3, 2022**                         Signature    **/s/ Troy Vaughn Hyde**
                                                             **Troy Vaughn Hyde**
                                                             **Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### District of Utah

In re  **Logistics Giving Resources, LLC**

Debtor(s)

Case No.  **22-20143**

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:  **March  3, 2022**

**/s/ Troy Vaughn Hyde**
**Troy Vaughn Hyde/Member**
Signer/Title

Activ8 Health LLC
c/o Rachel Hirsch
1432 Laurel Avenue
St. Paul, MN 55104

Administrative Office of Court
450 South State Street
PO Box 140241
Salt Lake City, UT 84101

ADP
PO Box 842875
Boston, MA 02284-2875

Capital Premium Financing
12235 S. 800 E.
Draper, UT 84020

Comcast
PO Box 34744
Seattle, WA 98124

Gold Cup Services
145 West Crystal Avenue
Salt Lake City, UT 84115

Harvest Small Business
Finance, LLC
24422 Avenida De La Carlota
Suite 232
Laguna Hills, CA 92653

Indeed
6433 Champion Grandview Way
Building 1
Austin, TX 78750

Intermountain WorkMed
PO Box 30180
Salt Lake City, UT 84130

Jivaro Digital, LLC
6545 Market Avenue North
Suite 100
North Canton, OH 44060

Jive
Dept. Ch 19606
Palatine, IL 60055-9606

Lifetime Funding LLC
585 Stewart Ave Suite L90,
Garden City, NY 11530

```
Mount Olympus Water
1825 S 3730 W
Salt Lake City, UT 84104

New Benefits
14240 Proton Rd.
Dallas, TX 75244

Ogden Weber Chamber
2380 Washington Blvd.
Suite 290
Ogden, UT 84401

Provo City Utilities
351 W. Center Street
Suite 290
Provo, UT 84601-4338

Rocky Mountain Power
PO Box 26000
Portland, OR 97256-0001

Santoni
20322 Windrow Drive
#200
Lake Forest, CA 92630

Spectrum
9225 Indian Creek Pkwy
Overland Park, KS 66210

Swipe Clock
10644 Jordan Gateway
Suite 400
South Jordan, UT 84095

Tax Credit Co.
6255 Sunset Blvd
Suite 2200
Los Angeles, CA 90028

Tempworks
3140 Neil Armstrong Blvd.
Suite 205
Eagan, MN 55121

Water Logic
PO Box 677867
Dallas, TX 75267

Zip Recuiter
604 Arizona Ave
Santa Monica, CA 90401
```