# United States Bankruptcy Court
## District of Utah

In re  **Logistics Giving Resources, LLC**                              Case No.  **22-20143**
                                    Debtor(s)                           Chapter   **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule E/F**

# NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:
**Quality Payroll**
**9500 S 500 W**
**Unit 213**
**Sandy, UT 84070**

Date:  **March  3, 2022**                              **/s/ Matthew M. Boley**
                                                        **Matthew M. Boley**
                                                        Attorney for Debtor(s)
                                                        **Cohne Kinghorn, P.C.**
                                                        **111 E. Broadway, 11th Floor**
                                                        **Salt Lake City, UT 84111**
                                                        **801-363-4300 Fax:801-363-4378**
                                                        **mboley@cohnekinghorn.com**

**Fill in this information to identify the case:**

Debtor name: **Logistics Giving Resources, LLC**

United States Bankruptcy Court for the: **DISTRICT OF UTAH**

Case number (if known): **22-20143**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Quality Payroll**<br>**9500 S 500 W**<br>**Unit 213**<br>**Sandy, UT 84070**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Prepetition Payroll**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$184,346.32** |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 184,346.32 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 184,346.32 |

# United States Bankruptcy Court
## District of Utah

In re  **Logistics Giving Resources, LLC**                                    Case No.  **22-20143**
                                         Debtor(s)                             Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Amended Schedule E/F (Quality Payroll), consisting of __1__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 3, 2022**                         Signature  **/s/ Troy Vaughn Hyde**
                                                           **Troy Vaughn Hyde**
                                                           **Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.